# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Stahl, Norman H. | 2. Court or Organization<br><br>US Court of Appeals - 1st Circuit | 3. Date of Report<br><br>01/14/2021 |
|---|---|---|
| **4. Title** (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Senior Status | **5a. Report Type (check appropriate type)**<br><br>☐ Nomination ☐ Date<br>☐ Initial ☐ Annual ☑ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2020<br>**to**<br>12/31/2020 |

| 7. Chambers or Office Address |
|---|
| US Court of Appeals<br>1 Courthouse Way, Suite 8730<br>Boston, Massachusetts 02210 |

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
> checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Tufts Medical Center Board of Governors |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 01/14/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 01/14/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Stahl, Norman H.** | 01/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Ashland House Associates, LP, 9%, Bedford, NH - Rental Income | F | Rent | N | W | | | | | |
| 2. Citizen's Bank, Cash, Checking and MM | A | Interest | K | T | | | | | |
| 3. Martha's Vineyard Savings Bank, Cash | A | Interest | L | T | | | | | |
| 4. | | | | | | | | | |
| 5. Trust # 1 (H) | | | | | | | | | |
| 6. -Exxon Mobil | B | Dividend | K | T | | | | | |
| 7. -Kellogg Co | B | Dividend | K | T | | | | | |
| 8. -Pepsico | B | Dividend | L | T | | | | | |
| 9. -Charles Schwab Corp. | A | Dividend | L | T | | | | | |
| 10. -Alphabet Inc. Class C | | None | K | T | Sold (part) | 06/09/20 | J | B | |
| 11. | | | | | Sold (part) | 11/23/20 | J | C | |
| 12. -Nestle SA | A | Dividend | J | T | Buy (add'l) | 01/07/20 | J | | |
| 13. | | | | | Sold (part) | 03/11/20 | J | | |
| 14. | | | | | Sold (part) | 03/27/20 | J | A | |
| 15. | | | | | Sold (part) | 04/01/20 | J | A | |
| 16. | | | | | Sold (part) | 06/09/20 | J | A | |
| 17. | | | | | Sold (part) | 11/23/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 01/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 12/01/20 | J | | |
| 19.     -Diageo PLC | A | Dividend | J | T | Sold (part) | 10/30/20 | J | | |
| 20.     -Walt Disney Co | A | Dividend | J | T | Buy (add'l) | 03/04/20 | J | | |
| 21. | | | | | Sold (part) | 03/26/20 | J | | |
| 22. | | | | | Sold (part) | 05/08/20 | J | A | |
| 23. | | | | | Sold (part) | 06/04/20 | J | A | |
| 24. | | | | | Sold (part) | 09/10/20 | J | B | |
| 25. | | | | | Sold (part) | 10/12/20 | J | B | |
| 26.     -LVMH MOET | A | Dividend | J | T | | | | | |
| 27.     -Comcast Corporation | A | Dividend | | | Buy (add'l) | 01/23/20 | J | | |
| 28. | | | | | Sold (part) | 03/17/20 | J | | |
| 29. | | | | | Sold (part) | 04/29/20 | J | A | |
| 30. | | | | | Sold (part) | 05/07/20 | J | A | |
| 31. | | | | | Sold (part) | 06/09/20 | J | A | |
| 32. | | | | | Sold (part) | 07/09/20 | J | A | |
| 33. | | | | | Sold | 07/10/20 | J | B | |
| 34.     -McDonalds | A | Dividend | J | T | Sold (part) | 01/31/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 01/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | Sold<br>(part) | 06/09/20 | J | B | |
| 36. | | | | | Sold<br>(part) | 09/10/20 | J | C | |
| 37.  -Wal-mart Stores | A | Dividend | J | T | Sold<br>(part) | 04/06/20 | J | B | |
| 38. | | | | | Sold<br>(part) | 09/21/20 | J | B | |
| 39.  -Facebook Class A | | None | | | Sold<br>(part) | 01/02/20 | J | A | |
| 40. | | | | | Sold<br>(part) | 01/15/20 | J | A | |
| 41. | | | | | Buy<br>(add'l) | 03/25/20 | J | | |
| 42. | | | | | Sold<br>(part) | 04/30/20 | J | B | |
| 43. | | | | | Sold<br>(part) | 06/09/20 | J | A | |
| 44. | | | | | Sold<br>(part) | 07/01/20 | J | B | |
| 45. | | | | | Sold | 07/23/20 | J | C | |
| 46.  -Heineken NV FADR | A | Dividend | | | Buy<br>(add'l) | 03/26/20 | J | | |
| 47. | | | | | Buy<br>(add'l) | 04/08/20 | J | | |
| 48. | | | | | Buy<br>(add'l) | 04/15/20 | J | | |
| 49. | | | | | Sold<br>(part) | 06/09/20 | J | | |
| 50. | | | | | Sold<br>(part) | 09/03/20 | J | | |
| 51. | | | | | Sold<br>(part) | 09/10/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 01/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 09/14/20 | J | | |
| 53. | | | | | Sold (part) | 09/15/20 | J | A | |
| 54. | | | | | Sold | 09/16/20 | J | A | |
| 55.    -Microsoft Corp | A | Dividend | K | T | Sold (part) | 06/09/20 | J | B | |
| 56. | | | | | Sold (part) | 11/23/20 | J | C | |
| 57.    -Coca Cola | A | Dividend | K | T | Sold (part) | 02/27/20 | J | A | |
| 58. | | | | | Buy (add'l) | 04/30/20 | J | | |
| 59. | | | | | Sold (part) | 06/09/20 | J | A | |
| 60. | | | | | Sold (part) | 09/10/20 | J | A | |
| 61. | | | | | Sold (part) | 09/23/20 | J | A | |
| 62. | | | | | Sold (part) | 10/15/20 | J | A | |
| 63.    -Darden Restaurants | A | Dividend | | | Sold (part) | 02/21/20 | J | | |
| 64. | | | | | Buy (add'l) | 03/11/20 | J | | |
| 65. | | | | | Sold (part) | 05/11/20 | J | | |
| 66. | | | | | Sold (part) | 05/12/20 | J | | |
| 67. | | | | | Sold | 05/14/20 | J | | |
| 68.    -Ulta Beauty, Inc. | | None | | | Sold (part) | 03/25/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 01/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Sold | 04/08/20 | J | | |
| 70. -Home Depot | A | Dividend | J | T | Sold<br>(part) | 02/11/20 | J | B | |
| 71. | | | | | Sold<br>(part) | 11/23/20 | J | A | |
| 72. -Tiffany Co | | None | | | Sold<br>(part) | 01/02/20 | J | B | |
| 73. | | | | | Sold | 01/13/20 | J | B | |
| 74. -WW International | | None | | | Sold<br>(part) | 02/28/20 | J | | |
| 75. | | | | | Sold<br>(part) | 05/13/20 | J | | |
| 76. | | | | | Sold<br>(part) | 05/19/20 | J | | |
| 77. | | | | | Sold<br>(part) | 05/20/20 | J | | |
| 78. | | | | | Sold<br>(part) | 06/04/20 | J | | |
| 79. | | | | | Sold | 06/09/20 | J | | |
| 80. -William Sonoma | A | Dividend | K | T | Sold<br>(part) | 11/23/20 | J | B | |
| 81. -Cash, Schwab Bank Sweep | A | Interest | M | T | | | | | |
| 82. -US Treasury Bill Due 5/21/20 | D | Interest | | | Matured | 05/21/20 | N | | |
| 83. -US Treasury Bill Due 8/13/20 | C | Interest | | | Matured | 08/13/20 | M | | |
| 84. -US Treasury Bill Due 8/12/21 | | None | M | T | Buy | 08/25/20 | M | | |
| 85. -US Treasury Notel Due 7/31/22 | | None | L | T | Buy | 08/25/20 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 01/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -US Treasury Bill Due 2/25/21 | | None | M | T | Buy | 08/25/20 | M | | |
| 87. -Amazon | | None | | | Sold (part) | 02/28/20 | J | A | |
| 88. | | | | | Sold | 03/06/20 | J | A | |
| 89. -American Express | A | Dividend | K | T | Sold (part) | 06/09/20 | J | | |
| 90. | | | | | Buy (add'l) | 10/13/20 | J | | |
| 91. -Dicks Sporting Goods | A | Dividend | | | Sold | 05/21/20 | J | | |
| 92. -Dominos Pizza Inc. | | None | J | T | Sold (part) | 02/24/20 | J | B | |
| 93. | | | | | Sold (part) | 02/28/20 | J | B | |
| 94. | | | | | Sold (part) | 03/04/20 | J | C | |
| 95. | | | | | Buy (add'l) | 10/28/20 | J | | |
| 96. | | | | | Buy (add'l) | 10/30/20 | J | | |
| 97. | | | | | Sold (part) | 11/23/20 | J | A | |
| 98. -Dunkin Brands Group | A | Dividend | | | Buy (add'l) | 03/20/20 | J | | |
| 99. | | | | | Sold (part) | 06/09/20 | J | | |
| 100. | | | | | Sold (part) | 07/23/20 | J | A | |
| 101. | | | | | Sold (part) | 10/26/20 | J | D | |
| 102. | | | | | Sold | 10/28/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 01/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. -Ralph Lauren Corp Claas A | A | Dividend | | | Buy<br>(add'l) | 01/09/20 | J | | |
| 104. | | | | | Buy<br>(add'l) | 03/06/20 | J | | |
| 105. | | | | | Sold<br>(part) | 06/05/20 | J | | |
| 106. | | | | | Sold<br>(part) | 06/09/20 | J | | |
| 107. | | | | | Buy<br>(add'l) | 08/04/20 | J | | |
| 108. | | | | | Sold<br>(part) | 09/25/20 | J | | |
| 109. | | | | | Sold<br>(part) | 10/02/20 | J | | |
| 110. | | | | | Sold<br>(part) | 10/06/20 | J | | |
| 111. | | | | | Sold | 10/07/20 | J | A | |
| 112. -Activision Blizzard | | None | J | T | Buy | 12/02/20 | J | | |
| 113. -Blackrock Inc. | A | Dividend | J | T | Buy | 05/21/20 | J | | |
| 114. | | | | | Sold<br>(part) | 06/09/20 | J | A | |
| 115. -Booking Holdings Inc | | None | J | T | Buy | 09/16/20 | J | | |
| 116. -Burberry Group PLC | | None | | | Buy | 02/21/20 | J | | |
| 117. | | | | | Buy<br>(add'l) | 02/25/20 | J | | |
| 118. | | | | | Buy<br>(add'l) | 02/27/20 | J | | |
| 119. | | | | | Buy<br>(add'l) | 03/04/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 01/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 04/23/20 | J | | |
| 121. | | | | | Buy (add'l) | 07/06/20 | J | | |
| 122. | | | | | Sold (part) | 08/03/20 | J | | |
| 123. | | | | | Sold (part) | 08/04/20 | J | | |
| 124. | | | | | Sold (part) | 08/06/20 | J | | |
| 125. | | | | | Sold | 08/07/20 | J | | |
| 126.  -Campbell Soup | A | Dividend | K | T | Buy | 09/23/20 | J | | |
| 127. | | | | | Buy (add'l) | 09/30/20 | J | | |
| 128. | | | | | Buy (add'l) | 10/05/20 | J | | |
| 129. | | | | | Buy (add'l) | 10/07/20 | J | | |
| 130. | | | | | Buy (add'l) | 10/26/20 | J | | |
| 131. | | | | | Buy (add'l) | 12/03/20 | J | | |
| 132. | | | | | Buy (add'l) | 12/09/20 | J | | |
| 133.  -Ebay | A | Dividend | K | T | Buy | 05/07/20 | J | | |
| 134. | | | | | Buy (add'l) | 05/11/20 | J | | |
| 135. | | | | | Buy (add'l) | 05/13/20 | J | | |
| 136. | | | | | Buy (add'l) | 05/14/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 01/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. | | | | | Buy<br>(add'l) | 06/05/20 | J | | |
| 138. | | | | | Sold<br>(part) | 06/09/20 | J | A | |
| 139. | | | | | Buy<br>(add'l) | 06/12/20 | J | | |
| 140. | | | | | Buy<br>(add'l) | 09/17/20 | J | | |
| 141. | | | | | Buy<br>(add'l) | 10/02/20 | J | | |
| 142.   -Hasbro Inc | A | Dividend | | | Buy | 01/15/20 | J | | |
| 143. | | | | | Buy<br>(add'l) | 01/31/20 | J | | |
| 144. | | | | | Buy<br>(add'l) | 02/07/20 | J | | |
| 145. | | | | | Buy<br>(add'l) | 02/11/20 | J | | |
| 146. | | | | | Buy<br>(add'l) | 02/21/20 | J | | |
| 147. | | | | | Buy<br>(add'l) | 03/11/20 | J | | |
| 148. | | | | | Sold<br>(part) | 06/09/20 | J | | |
| 149. | | | | | Sold<br>(part) | 07/22/20 | J | | |
| 150. | | | | | Sold<br>(part) | 09/08/20 | J | | |
| 151. | | | | | Sold<br>(part) | 09/10/20 | J | | |
| 152. | | | | | Sold<br>(part) | 11/25/20 | J | | |
| 153. | | | | | Sold<br>(part) | 12/01/20 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 01/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. | | | | | Sold | 12/09/20 | J | A | |
| 155.  -Johnson & Johnson | A | Dividend | K | T | Buy | 05/09/20 | J | | |
| 156. | | | | | Buy<br>(add'l) | 05/21/20 | J | | |
| 157. | | | | | Buy<br>(add'l) | 06/02/20 | J | | |
| 158. | | | | | Sold<br>(part) | 06/09/20 | J | | |
| 159.  -Marriott Intl Inc | | None | | | Buy | 03/04/20 | J | | |
| 160. | | | | | Buy<br>(add'l) | 03/05/20 | J | | |
| 161. | | | | | Buy<br>(add'l) | 03/11/20 | J | | |
| 162. | | | | | Buy<br>(add'l) | 04/16/20 | J | | |
| 163. | | | | | Sold<br>(part) | 06/09/20 | J | | |
| 164. | | | | | Sold | 06/12/20 | K | | |
| 165.  -Pepsico | A | Dividend | | | Buy | 06/09/20 | J | | |
| 166. | | | | | Buy<br>(add'l) | 06/11/20 | J | | |
| 167. | | | | | Buy<br>(add'l) | 06/19/20 | J | | |
| 168. | | | | | Buy<br>(add'l) | 07/30/20 | J | | |
| 169. | | | | | Sold | 11/23/20 | J | A | |
| 170.  -Proctor & Gamble | A | Dividend | J | T | Buy | 07/09/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 01/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 07/13/20 | J | | |
| 172. | | | | | Buy (add'l) | 07/14/20 | J | | |
| 173. | | | | | Buy (add'l) | 07/23/20 | J | | |
| 174. | | | | | Sold (part) | 11/23/20 | J | A | |
| 175. -Qualcom Inc | A | Dividend | K | T | Buy | 08/19/20 | J | | |
| 176. | | | | | Buy (add'l) | 08/20/20 | J | | |
| 177. | | | | | Buy (add'l) | 09/03/20 | J | | |
| 178. | | | | | Buy (add'l) | 09/08/20 | J | | |
| 179. | | | | | Sold (part) | 09/10/20 | J | | |
| 180. | | | | | Buy (add'l) | 10/26/20 | J | | |
| 181. -Sherman Williams Co | A | Dividend | J | T | Buy | 04/01/20 | J | | |
| 182. | | | | | Buy (add'l) | 04/16/20 | J | | |
| 183. | | | | | Sold (part) | 06/09/20 | J | A | |
| 184. | | | | | Buy (add'l) | 06/12/20 | J | | |
| 185. | | | | | Buy (add'l) | 06/23/20 | J | | |
| 186. | | | | | Sold (part) | 09/10/20 | J | A | |
| 187. | | | | | Sold (part) | 11/23/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 01/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  -Starbucks Corp | A | Dividend | | | Buy | 03/06/20 | J | | |
| 189. | | | | | Buy (add'l) | 03/10/20 | J | | |
| 190. | | | | | Buy (add'l) | 04/29/20 | J | | |
| 191. | | | | | Sold (part) | 08/20/20 | J | | |
| 192. | | | | | Sold | 08/21/20 | J | A | |
| 193.  -Target Corp | A | Dividend | K | T | Buy | 07/22/20 | J | | |
| 194. | | | | | Buy (add'l) | 07/23/20 | J | | |
| 195. | | | | | Sold (part) | 11/23/20 | J | A | |
| 196.  -United Parcel Service Class B | A | Dividend | J | T | Buy | 08/06/20 | J | | |
| 197. | | | | | Buy (add'l) | 08/21/20 | J | | |
| 198. | | | | | Buy (add'l) | 09/03/20 | J | | |
| 199. | | | | | Sold (part) | 09/10/20 | J | | |
| 200. | | | | | Buy (add'l) | 10/15/20 | J | | |
| 201. | | | | | | | | | |
| 202.  Trust # 2 IRA (H) | | | | | | | | | |
| 203.  -Alphabet Inc. Class C | | None | M | T | Sold (part) | 01/06/20 | J | B | |
| 204. | | | | | Sold (part) | 01/08/20 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 01/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sold (part) | 01/10/20 | J | B | |
| 206. | | | | | Sold (part) | 01/17/20 | J | B | |
| 207. | | | | | Sold (part) | 01/23/20 | J | B | |
| 208. | | | | | Sold (part) | 02/10/20 | J | B | |
| 209. | | | | | Sold (part) | 02/19/20 | J | B | |
| 210. | | | | | Buy (add'l) | 03/25/20 | J | | |
| 211. | | | | | Sold (part) | 05/07/20 | J | B | |
| 212. | | | | | Buy (add'l) | 07/31/20 | K | | |
| 213. | | | | | Sold (part) | 08/24/20 | J | C | |
| 214. | | | | | Sold (part) | 08/25/20 | J | D | |
| 215. | | | | | Sold (part) | 08/26/20 | J | C | |
| 216. | | | | | Buy (add'l) | 09/25/20 | J | | |
| 217. | | | | | Sold (part) | 12/04/20 | J | B | |
| 218. -Coca Cola Company | C | Dividend | M | T | Sold (part) | 01/06/20 | J | A | |
| 219. | | | | | Sold (part) | 01/31/20 | J | A | |
| 220. | | | | | Sold (part) | 02/04/20 | J | B | |
| 221. | | | | | Sold (part) | 02/07/20 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 01/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222. | | | | | Sold<br>(part) | 02/21/20 | J | B | |
| 223. | | | | | Sold<br>(part) | 02/26/20 | J | A | |
| 224. | | | | | Sold<br>(part) | 02/27/20 | J | B | |
| 225. | | | | | Sold<br>(part) | 03/03/20 | J | B | |
| 226. | | | | | Sold<br>(part) | 03/05/20 | J | | |
| 227. | | | | | Buy<br>(add'l) | 03/20/20 | J | | |
| 228. | | | | | Buy<br>(add'l) | 04/21/20 | J | | |
| 229. | | | | | Buy<br>(add'l) | 04/23/20 | J | | |
| 230. | | | | | Buy<br>(add'l) | 04/30/20 | J | | |
| 231. | | | | | Buy<br>(add'l) | 05/04/20 | J | | |
| 232. | | | | | Buy<br>(add'l) | 05/07/20 | J | | |
| 233. | | | | | Buy<br>(add'l) | 05/19/20 | J | | |
| 234. | | | | | Buy<br>(add'l) | 06/22/20 | J | | |
| 235. | | | | | Buy<br>(add'l) | 06/26/20 | J | | |
| 236. | | | | | Sold<br>(part) | 07/21/20 | J | | |
| 237. | | | | | Sold<br>(part) | 07/22/20 | J | | |
| 238. | | | | | Sold<br>(part) | 08/25/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 01/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239. | | | | | Sold<br>(part) | 09/10/20 | J | | |
| 240. | | | | | Sold<br>(part) | 09/14/20 | J | | |
| 241. | | | | | Sold<br>(part) | 09/23/20 | J | A | |
| 242. | | | | | Sold<br>(part) | 10/15/20 | J | A | |
| 243. | | | | | Buy<br>(add'l) | 10/26/20 | J | | |
| 244. | | | | | Buy<br>(add'l) | 12/21/20 | J | | |
| 245.   -Ulta Beauty Inc | | None | | | Buy | 01/03/20 | J | | |
| 246. | | | | | Sold<br>(part) | 02/12/20 | J | | |
| 247. | | | | | Sold<br>(part) | 03/24/20 | J | | |
| 248. | | | | | Sold<br>(part) | 03/25/20 | J | | |
| 249. | | | | | Sold<br>(part) | 04/01/20 | J | | |
| 250. | | | | | Sold<br>(part) | 04/06/20 | J | | |
| 251. | | | | | Sold<br>(part) | 04/06/20 | J | | |
| 252. | | | | | Sold | 04/08/20 | K | | |
| 253.   -United Parcel Srvc Class B | A | Dividend | M | T | Buy | 08/06/20 | K | | |
| 254. | | | | | Buy<br>(add'l) | 08/20/20 | J | | |
| 255. | | | | | Buy<br>(add'l) | 08/21/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 01/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Buy (add'l) | 09/03/20 | J | | |
| 257. | | | | | Buy (add'l) | 09/08/20 | J | | |
| 258. | | | | | Buy (add'l) | 09/10/20 | J | | |
| 259. | | | | | Buy (add'l) | 10/13/20 | J | | |
| 260. | | | | | Buy (add'l) | 10/15/20 | J | | |
| 261. | | | | | Buy (add'l) | 10/26/20 | J | | |
| 262. | | | | | Buy (add'l) | 10/28/20 | J | | |
| 263. | | | | | Buy (add'l) | 11/09/20 | J | | |
| 264. | | | | | Buy (add'l) | 12/01/20 | J | | |
| 265. | | | | | Buy (add'l) | 12/02/20 | J | | |
| 266. | | | | | Buy (add'l) | 12/21/20 | J | | |
| 267. | | | | | Buy (add'l) | 12/29/20 | J | | |
| 268. | | | | | Buy (add'l) | 12/30/20 | J | | |
| 269.  -Comcast | B | Dividend | | | Sold (part) | 01/06/20 | J | A | |
| 270. | | | | | Sold (part) | 01/23/20 | J | | |
| 271. | | | | | Sold (part) | 01/24/20 | J | | |
| 272. | | | | | Sold (part) | 03/12/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 01/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Sold (part) | 03/13/20 | J | | |
| 274. | | | | | Sold (part) | 03/17/20 | J | | |
| 275. | | | | | Sold (part) | 04/27/20 | J | A | |
| 276. | | | | | Sold (part) | 04/29/20 | J | A | |
| 277. | | | | | Sold (part) | 05/05/20 | J | B | |
| 278. | | | | | Sold (part) | 05/07/20 | J | B | |
| 279. | | | | | Buy (add'l) | 05/13/20 | J | | |
| 280. | | | | | Buy (add'l) | 05/14/20 | J | | |
| 281. | | | | | Buy (add'l) | 05/15/20 | J | | |
| 282. | | | | | Sold (part) | 07/06/20 | J | C | |
| 283. | | | | | Sold | 07/10/20 | L | E | |
| 284. -Darden Restaurants | A | Dividend | | | Sold (part) | 01/06/20 | J | | |
| 285. | | | | | Sold (part) | 01/24/20 | J | | |
| 286. | | | | | Sold (part) | 01/27/20 | K | C | |
| 287. | | | | | Sold (part) | 01/28/20 | J | B | |
| 288. | | | | | Sold (part) | 01/30/20 | J | A | |
| 289. | | | | | Sold (part) | 01/31/20 | K | C | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 01/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Buy (add'l) | 03/03/20 | J | | |
| 291. | | | | | Buy (add'l) | 03/04/20 | J | | |
| 292. | | | | | Buy (add'l) | 03/05/20 | J | | |
| 293. | | | | | Buy (add'l) | 03/09/20 | J | | |
| 294. | | | | | Buy (add'l) | 03/12/20 | J | | |
| 295. | | | | | Buy (add'l) | 04/15/20 | J | | |
| 296. | | | | | Sold (part) | 04/29/20 | J | | |
| 297. | | | | | Sold (part) | 05/07/20 | J | | |
| 298. | | | | | Sold (part) | 05/08/20 | K | | |
| 299. | | | | | Sold (part) | 05/12/20 | J | | |
| 300. | | | | | Sold | 05/14/20 | K | | |
| 301.  -Diageo, PLC | B | Dividend | L | T | Sold (part) | 01/06/20 | J | | |
| 302. | | | | | Buy (add'l) | 01/13/20 | J | | |
| 303. | | | | | Buy (add'l) | 02/20/20 | J | | |
| 304. | | | | | Sold (part) | 03/20/20 | J | | |
| 305. | | | | | Sold (part) | 04/03/20 | J | | |
| 306. | | | | | Sold (part) | 08/25/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 01/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 307. | | | | | Buy<br>(add'l) | 09/29/20 | J | | |
| 308. | | | | | Buy<br>(add'l) | 12/21/20 | J | | |
| 309. | | | | | Buy<br>(add'l) | 12/31/20 | J | | |
| 310.  -Dunkin Brands Group | A | Dividend | | | Sold<br>(part) | 01/06/20 | J | | |
| 311. | | | | | Buy<br>(add'l) | 02/06/20 | J | | |
| 312. | | | | | Buy<br>(add'l) | 03/17/20 | J | | |
| 313. | | | | | Buy<br>(add'l) | 03/20/20 | J | | |
| 314. | | | | | Sold<br>(part) | 07/31/20 | J | | |
| 315. | | | | | Sold<br>(part) | 08/03/20 | J | | |
| 316. | | | | | Sold<br>(part) | 08/04/20 | J | | |
| 317. | | | | | Sold<br>(part) | 08/25/20 | J | | |
| 318. | | | | | Sold<br>(part) | 09/18/20 | J | | |
| 319. | | | | | Sold<br>(part) | 09/23/20 | J | A | |
| 320. | | | | | Sold<br>(part) | 10/22/20 | J | A | |
| 321. | | | | | Sold<br>(part) | 10/26/20 | J | E | |
| 322. | | | | | Sold<br>(part) | 10/27/20 | J | C | |
| 323. | | | | | Sold | 10/28/20 | K | E | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 01/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 324.  -Facebook, Inc. Class A | | None | | | Sold<br>(part) | 01/03/20 | J | B | |
| 325. | | | | | Sold<br>(part) | 01/06/20 | J | B | |
| 326. | | | | | Sold<br>(part) | 01/07/20 | J | B | |
| 327. | | | | | Sold<br>(part) | 01/08/20 | J | B | |
| 328. | | | | | Sold<br>(part) | 01/09/20 | J | B | |
| 329. | | | | | Sold<br>(part) | 01/10/20 | J | B | |
| 330. | | | | | Sold<br>(part) | 01/13/20 | J | B | |
| 331. | | | | | Buy<br>(add'l) | 01/30/20 | J | | |
| 332. | | | | | Buy<br>(add'l) | 01/31/20 | K | | |
| 333. | | | | | Sold<br>(part) | 04/23/20 | J | | |
| 334. | | | | | Sold<br>(part) | 04/29/20 | J | | |
| 335. | | | | | Sold<br>(part) | 04/30/20 | J | C | |
| 336. | | | | | Sold<br>(part) | 05/04/20 | J | B | |
| 337. | | | | | Sold<br>(part) | 05/05/20 | J | B | |
| 338. | | | | | Sold<br>(part) | 05/06/20 | J | B | |
| 339. | | | | | Sold<br>(part) | 05/12/20 | J | A | |
| 340. | | | | | Sold<br>(part) | 05/20/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Sold (part) | 05/22/20 | J | A | |
| 342. | | | | | Sold (part) | 06/09/20 | J | B | |
| 343. | | | | | Sold (part) | 06/25/20 | J | B | |
| 344. | | | | | Sold (part) | 06/30/20 | J | B | |
| 345. | | | | | Sold (part) | 07/01/20 | J | B | |
| 346. | | | | | Sold (part) | 07/07/20 | J | B | |
| 347. | | | | | Sold (part) | 07/20/20 | J | B | |
| 348. | | | | | Sold | 07/23/20 | M | D | |
| 349.  -Heineken NV | B | Dividend | | | Buy | 01/27/20 | J | | |
| 350. | | | | | Buy (add'l) | 02/10/20 | J | | |
| 351. | | | | | Buy (add'l) | 03/26/20 | J | | |
| 352. | | | | | Buy (add'l) | 04/03/20 | J | | |
| 353. | | | | | Buy (add'l) | 04/08/20 | J | | |
| 354. | | | | | Buy (add'l) | 04/14/20 | J | | |
| 355. | | | | | Buy (add'l) | 04/22/20 | J | | |
| 356. | | | | | Buy (add'l) | 05/04/20 | J | | |
| 357. | | | | | Buy (add'l) | 05/05/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 01/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | Buy (add'l) | 05/19/20 | J | | |
| 359. | | | | | Sold (part) | 07/31/20 | J | | |
| 360. | | | | | Sold (part) | 08/25/20 | J | | |
| 361. | | | | | Sold (part) | 09/03/20 | J | | |
| 362. | | | | | Sold (part) | 09/08/20 | J | | |
| 363. | | | | | Sold (part) | 09/10/20 | J | | |
| 364. | | | | | Sold (part) | 09/11/20 | J | | |
| 365. | | | | | Sold (part) | 09/15/20 | K | | |
| 366. | | | | | Sold | 09/16/20 | K | C | |
| 367.  -Home Depot | B | Dividend | L | T | Sold (part) | 01/06/20 | J | | |
| 368. | | | | | Sold (part) | 01/30/20 | J | A | |
| 369. | | | | | Sold (part) | 01/31/20 | J | A | |
| 370. | | | | | Sold (part) | 03/04/20 | J | B | |
| 371. | | | | | Sold (part) | 03/11/20 | J | | |
| 372. | | | | | Sold (part) | 04/29/20 | J | B | |
| 373. | | | | | Sold (part) | 05/12/20 | J | B | |
| 374. | | | | | Sold (part) | 05/13/20 | J | C | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 01/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Sold (part) | 06/09/20 | J | B | |
| 376. | | | | | Sold (part) | 06/10/20 | J | B | |
| 377. | | | | | Sold (part) | 08/25/20 | J | C | |
| 378. | | | | | Buy (add'l) | 11/17/20 | J | | |
| 379. | | | | | Buy (add'l) | 11/20/20 | J | | |
| 380. | | | | | Buy (add'l) | 12/04/20 | J | | |
| 381.  -Johnson & Johnson | B | Dividend | M | T | Buy | 05/19/20 | K | | |
| 382. | | | | | Buy (add'l) | 05/20/20 | K | | |
| 383. | | | | | Buy (add'l) | 05/21/20 | J | | |
| 384. | | | | | Buy (add'l) | 05/22/20 | J | | |
| 385. | | | | | Buy (add'l) | 05/26/20 | J | | |
| 386. | | | | | Buy (add'l) | 05/27/20 | J | | |
| 387. | | | | | Buy (add'l) | 06/01/20 | J | | |
| 388. | | | | | Buy (add'l) | 06/02/20 | J | | |
| 389. | | | | | Buy (add'l) | 06/03/20 | J | | |
| 390. | | | | | Buy (add'l) | 06/08/20 | J | | |
| 391. | | | | | Buy (add'l) | 06/25/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 01/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 392. | | | | | Buy<br>(add'l) | 07/10/20 | J | | |
| 393. | | | | | Buy<br>(add'l) | 08/13/20 | J | | |
| 394. | | | | | Sold<br>(part) | 08/25/20 | J | | |
| 395. | | | | | Buy<br>(add'l) | 09/10/20 | J | | |
| 396. | | | | | Buy<br>(add'l) | 10/13/20 | J | | |
| 397. | | | | | Buy<br>(add'l) | 10/28/20 | J | | |
| 398.  -LVMH MOET | A | Dividend | K | T | Sold<br>(part) | 01/06/20 | J | A | |
| 399. | | | | | Sold<br>(part) | 03/20/20 | J | | |
| 400. | | | | | Buy<br>(add'l) | 05/04/20 | J | | |
| 401. | | | | | Buy<br>(add'l) | 05/06/20 | J | | |
| 402. | | | | | Sold<br>(part) | 07/29/20 | K | D | |
| 403. | | | | | Sold<br>(part) | 08/25/20 | J | B | |
| 404. | | | | | Sold<br>(part) | 09/24/20 | J | B | |
| 405. | | | | | Sold<br>(part) | 09/29/20 | J | B | |
| 406. | | | | | Sold<br>(part) | 10/05/20 | J | B | |
| 407. | | | | | Sold<br>(part) | 11/18/20 | J | B | |
| 408. | | | | | Sold<br>(part) | 11/19/20 | J | B | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 01/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 409. | | | | | Sold<br>(part) | 11/25/20 | J | B | |
| 410. | | | | | Sold<br>(part) | 12/17/20 | J | B | |
| 411.  -McDonalds | B | Dividend | L | T | Sold<br>(part) | 01/06/20 | J | B | |
| 412. | | | | | Sold<br>(part) | 01/09/20 | J | B | |
| 413. | | | | | Sold<br>(part) | 01/23/20 | J | B | |
| 414. | | | | | Sold<br>(part) | 01/29/20 | J | B | |
| 415. | | | | | Sold<br>(part) | 01/30/20 | J | B | |
| 416. | | | | | Sold<br>(part) | 01/31/20 | J | C | |
| 417. | | | | | Sold<br>(part) | 02/04/20 | J | B | |
| 418. | | | | | Sold<br>(part) | 02/25/20 | J | A | |
| 419. | | | | | Sold<br>(part) | 04/28/20 | J | | |
| 420. | | | | | Sold<br>(part) | 04/29/20 | J | | |
| 421. | | | | | Sold<br>(part) | 05/15/20 | J | | |
| 422. | | | | | Sold<br>(part) | 07/14/20 | J | | |
| 423. | | | | | Sold<br>(part) | 08/25/20 | J | B | |
| 424. | | | | | Sold<br>(part) | 09/04/20 | J | A | |
| 425. | | | | | Sold<br>(part) | 09/08/20 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 01/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 426. | | | | | Sold<br>(part) | 09/22/20 | J | B | |
| 427. | | | | | Sold<br>(part) | 10/14/20 | J | B | |
| 428. | | | | | Sold<br>(part) | 11/02/20 | J | A | |
| 429. | | | | | Buy<br>(add'l) | 12/02/20 | J | | |
| 430.  -Microsoft Corp | A | Dividend | M | T | Sold<br>(part) | 01/06/20 | J | C | |
| 431. | | | | | Sold<br>(part) | 01/08/20 | J | A | |
| 432. | | | | | Sold<br>(part) | 01/16/20 | J | B | |
| 433. | | | | | Sold<br>(part) | 01/23/20 | J | B | |
| 434. | | | | | Sold<br>(part) | 02/04/20 | J | B | |
| 435. | | | | | Sold<br>(part) | 02/07/20 | J | B | |
| 436. | | | | | Sold<br>(part) | 02/10/20 | J | B | |
| 437. | | | | | Sold<br>(part) | 03/10/20 | J | B | |
| 438. | | | | | Buy<br>(add'l) | 03/24/20 | J | | |
| 439. | | | | | Buy<br>(add'l) | 05/15/20 | J | | |
| 440. | | | | | Buy<br>(add'l) | 06/02/20 | J | | |
| 441. | | | | | Sold<br>(part) | 06/17/20 | J | B | |
| 442. | | | | | Sold<br>(part) | 06/18/20 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 01/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 443. | | | | | Sold<br>(part) | 06/22/20 | J | A | |
| 444. | | | | | Sold<br>(part) | 07/07/20 | J | A | |
| 445. | | | | | Sold<br>(part) | 08/25/20 | J | B | |
| 446. | | | | | Buy<br>(add'l) | 09/23/20 | J | | |
| 447. | | | | | Buy<br>(add'l) | 10/26/20 | J | | |
| 448. | | | | | Buy<br>(add'l) | 10/30/20 | J | | |
| 449. | | | | | Buy<br>(add'l) | 11/02/20 | J | | |
| 450.  -Nestle | B | Dividend | M | T | Sold<br>(part) | 01/06/20 | J | B | |
| 451. | | | | | Buy<br>(add'l) | 01/07/20 | J | | |
| 452. | | | | | Buy<br>(add'l) | 01/08/20 | J | | |
| 453. | | | | | Buy<br>(add'l) | 01/09/20 | J | | |
| 454. | | | | | Sold<br>(part) | 03/02/20 | J | | |
| 455. | | | | | Sold<br>(part) | 03/03/20 | J | B | |
| 456. | | | | | Sold<br>(part) | 03/04/20 | J | C | |
| 457. | | | | | Sold<br>(part) | 03/05/20 | J | C | |
| 458. | | | | | Sold<br>(part) | 03/11/20 | J | | |
| 459. | | | | | Sold<br>(part) | 03/27/20 | J | | |

| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 01/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. | | | | | Sold (part) | 04/01/20 | J | | |
| 461. | | | | | Sold (part) | 04/02/20 | J | | |
| 462. | | | | | Sold (part) | 05/20/20 | J | | |
| 463. | | | | | Sold (part) | 08/25/20 | J | C | |
| 464. | | | | | Buy (add'l) | 10/07/20 | J | | |
| 465. | | | | | Buy (add'l) | 11/09/20 | J | | |
| 466. | | | | | Buy (add'l) | 11/10/20 | J | | |
| 467. | | | | | Buy (add'l) | 11/23/20 | J | | |
| 468.  -Walmart Inc | B | Dividend | L | T | Sold (part) | 01/06/20 | J | | |
| 469. | | | | | Buy (add'l) | 02/11/20 | J | | |
| 470. | | | | | Buy (add'l) | 02/19/20 | J | | |
| 471. | | | | | Buy (add'l) | 02/20/20 | J | | |
| 472. | | | | | Buy (add'l) | 02/28/20 | J | | |
| 473. | | | | | Sold (part) | 03/09/20 | J | | |
| 474. | | | | | Sold (part) | 03/18/20 | J | | |
| 475. | | | | | Sold (part) | 03/23/20 | J | | |
| 476. | | | | | Sold (part) | 04/03/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 01/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 477. | | | | | Sold<br>(part) | 04/14/20 | J | A | |
| 478. | | | | | Sold<br>(part) | 04/15/20 | J | A | |
| 479. | | | | | Sold<br>(part) | 04/16/20 | J | B | |
| 480. | | | | | Sold<br>(part) | 04/21/20 | J | B | |
| 481. | | | | | Sold<br>(part) | 04/22/20 | J | B | |
| 482. | | | | | Buy<br>(add'l) | 04/29/20 | J | | |
| 483. | | | | | Buy<br>(add'l) | 04/30/20 | J | | |
| 484. | | | | | Buy<br>(add'l) | 05/06/20 | J | | |
| 485. | | | | | Buy<br>(add'l) | 06/02/20 | J | | |
| 486. | | | | | Buy<br>(add'l) | 06/03/20 | J | | |
| 487. | | | | | Buy<br>(add'l) | 06/04/20 | J | | |
| 488. | | | | | Buy<br>(add'l) | 06/05/20 | J | | |
| 489. | | | | | Sold<br>(part) | 06/11/20 | J | | |
| 490. | | | | | Sold<br>(part) | 08/25/20 | J | B | |
| 491. | | | | | Sold<br>(part) | 09/01/20 | J | B | |
| 492. | | | | | Sold<br>(part) | 09/17/20 | J | B | |
| 493. | | | | | Sold<br>(part) | 09/21/20 | J | B | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 01/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. | | | | | Sold (part) | 09/23/20 | J | B | |
| 495. | | | | | Sold (part) | 10/01/20 | J | B | |
| 496. -Walt Disney Co | A | Dividend | J | T | Sold (part) | 01/06/20 | J | C | |
| 497. | | | | | Buy (add'l) | 01/23/20 | J | | |
| 498. | | | | | Buy (add'l) | 01/24/20 | J | | |
| 499. | | | | | Buy (add'l) | 01/29/20 | J | | |
| 500. | | | | | Buy (add'l) | 02/26/20 | J | | |
| 501. | | | | | Sold (part) | 03/19/20 | J | | |
| 502. | | | | | Sold (part) | 03/26/20 | J | | |
| 503. | | | | | Sold (part) | 04/01/20 | J | | |
| 504. | | | | | Sold (part) | 04/02/20 | J | | |
| 505. | | | | | Sold (part) | 05/18/20 | J | | |
| 506. | | | | | Sold (part) | 05/20/20 | J | A | |
| 507. | | | | | Sold (part) | 05/27/20 | J | A | |
| 508. | | | | | Sold (part) | 06/04/20 | J | A | |
| 509. | | | | | Sold (part) | 08/05/20 | J | A | |
| 510. | | | | | Sold (part) | 08/25/20 | J | B | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 01/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. | | | | | Sold (part) | 09/14/20 | J | A | |
| 512. | | | | | Sold (part) | 09/22/20 | J | C | |
| 513. | | | | | Sold (part) | 10/09/20 | J | B | |
| 514. | | | | | Sold (part) | 10/13/20 | J | C | |
| 515. | | | | | Sold (part) | 10/21/20 | J | B | |
| 516. | | | | | Sold (part) | 10/23/20 | J | B | |
| 517. | | | | | Sold (part) | 10/29/20 | J | C | |
| 518. | | | | | Sold (part) | 11/09/20 | J | C | |
| 519. | | | | | Sold (part) | 11/16/20 | J | C | |
| 520. | | | | | Sold (part) | 11/24/20 | J | C | |
| 521. | | | | | Sold (part) | 12/04/20 | J | C | |
| 522. | | | | | Sold (part) | 12/09/20 | J | C | |
| 523. | | | | | Sold (part) | 12/11/20 | J | D | |
| 524. | | | | | Sold (part) | 12/15/20 | J | C | |
| 525. | | | | | Sold (part) | 12/23/20 | J | C | |
| 526. | | | | | Sold (part) | 12/28/20 | J | D | |
| 527. | | | | | Sold (part) | 12/31/20 | J | C | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Stahl, Norman H. | 01/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 528.  -William Sonoma | C | Dividend | M | T | Sold<br>(part) | 01/06/20 | J | A | |
| 529. | | | | | Buy<br>(add'l) | 02/28/20 | J | | |
| 530. | | | | | Buy<br>(add'l) | 03/06/20 | J | | |
| 531. | | | | | Buy<br>(add'l) | 03/12/20 | J | | |
| 532. | | | | | Buy<br>(add'l) | 03/16/20 | J | | |
| 533. | | | | | Buy<br>(add'l) | 03/26/20 | J | | |
| 534. | | | | | Buy<br>(add'l) | 04/15/20 | J | | |
| 535. | | | | | Sold<br>(part) | 04/27/20 | J | | |
| 536. | | | | | Sold<br>(part) | 04/28/20 | J | | |
| 537. | | | | | Sold<br>(part) | 04/29/20 | J | A | |
| 538. | | | | | Sold<br>(part) | 05/12/20 | J | A | |
| 539. | | | | | Sold<br>(part) | 05/15/20 | J | B | |
| 540. | | | | | Sold<br>(part) | 05/18/20 | J | A | |
| 541. | | | | | Sold<br>(part) | 06/01/20 | J | | |
| 542. | | | | | Sold<br>(part) | 08/25/20 | J | C | |
| 543. | | | | | Buy<br>(add'l) | 08/26/20 | J | | |
| 544. | | | | | Buy<br>(add'l) | 08/27/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 01/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 545. | | | | | Buy<br>(add'l) | 08/28/20 | J | | |
| 546. | | | | | Buy<br>(add'l) | 09/03/20 | J | | |
| 547. | | | | | Sold<br>(part) | 10/13/20 | J | B | |
| 548. | | | | | Buy<br>(add'l) | 11/09/20 | J | | |
| 549. | | | | | Sold<br>(part) | 12/01/20 | J | B | |
| 550. | | | | | Sold<br>(part) | 12/03/20 | J | B | |
| 551. | | | | | Sold<br>(part) | 12/16/20 | J | C | |
| 552. | | | | | Sold<br>(part) | 12/17/20 | J | C | |
| 553.  -WW International Inc | None | | | | Buy<br>(add'l) | 01/02/20 | J | | |
| 554. | | | | | Sold<br>(part) | 01/06/20 | J | | |
| 555. | | | | | Sold<br>(part) | 01/08/20 | J | | |
| 556. | | | | | Sold<br>(part) | 01/09/20 | J | | |
| 557. | | | | | Buy<br>(add'l) | 02/06/20 | J | | |
| 558. | | | | | Buy<br>(add'l) | 02/26/20 | J | | |
| 559. | | | | | Buy<br>(add'l) | 03/13/20 | J | | |
| 560. | | | | | Buy<br>(add'l) | 04/15/20 | J | | |
| 561. | | | | | Sold<br>(part) | 04/29/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 562. | | | | | Sold<br>(part) | 05/13/20 | J | | |
| 563. | | | | | Sold<br>(part) | 05/15/20 | J | | |
| 564. | | | | | Sold<br>(part) | 05/19/20 | J | | |
| 565. | | | | | Sold<br>(part) | 05/26/20 | J | | |
| 566. | | | | | Sold<br>(part) | 05/27/20 | J | | |
| 567. | | | | | Sold<br>(part) | 06/01/20 | J | | |
| 568. | | | | | Sold<br>(part) | 06/02/20 | J | | |
| 569. | | | | | Sold<br>(part) | 06/03/20 | J | | |
| 570. | | | | | Sold<br>(part) | 06/05/20 | J | | |
| 571. | | | | | Sold<br>(part) | 06/08/20 | J | | |
| 572. | | | | | Sold | 06/09/20 | J | B | |
| 573. -Cash, Schwab Bank Sweep | A | Interest | M | T | | | | | |
| 574. -Bank of America CD Due 5/14/20 | C | Interest | | | Matured | 05/14/20 | M | | |
| 575. -Bank Ozk CD Due 5/28/20 | B | Interest | | | Matured | 05/28/20 | M | | |
| 576. -Cathay Bank CD Due 9/10/20 | C | Interest | | | Matured | 09/10/20 | M | | |
| 577. -New York Communi CD Due 5/22/20 | C | Interest | | | Matured | 05/22/20 | M | | |
| 578. -US Treasury Note Due 9/15/20 | B | Interest | | | Matured | 09/15/20 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 01/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579.  -US Treasury Note Due 4/30/21 | D | Interest | N | T | | | | | |
| 580.  -US Treasury Bill Due 2/25/21 | | None | N | T | Buy | 08/25/20 | N | | |
| 581.  -US Treasury Bill Due 8/12/21 | | None | N | T | Buy | 08/25/20 | N | | |
| 582.  US Treasury Note 7/31/22 | | None | M | T | Buy | 08/25/20 | M | | |
| 583.  US Treasury Bill Due 9/9/21 | | None | M | T | Buy | 09/15/20 | M | | |
| 584.  -Amazon | | None | | | Sold (part) | 01/09/20 | J | A | |
| 585. | | | | | Buy (add'l) | 01/23/20 | J | | |
| 586. | | | | | Sold (part) | 02/07/20 | J | B | |
| 587. | | | | | Sold (part) | 02/10/20 | J | B | |
| 588. | | | | | Sold (part) | 02/19/20 | J | B | |
| 589. | | | | | Sold (part) | 02/26/20 | J | B | |
| 590. | | | | | Sold (part) | 02/28/20 | J | A | |
| 591. | | | | | Sold (part) | 03/03/20 | J | B | |
| 592. | | | | | Sold | 03/06/20 | L | C | |
| 593.  -American Express | B | Dividend | M | T | Sold (part) | 01/06/20 | K | | |
| 594. | | | | | Buy (add'l) | 02/28/20 | J | | |
| 595. | | | | | Buy (add'l) | 04/15/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 01/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. | | | | | Sold (part) | 06/05/20 | J | | |
| 597. | | | | | Sold (part) | 06/08/20 | J | | |
| 598. | | | | | Buy (add'l) | 07/24/20 | J | | |
| 599. | | | | | Buy (add'l) | 08/17/20 | J | | |
| 600. | | | | | Sold (part) | 08/25/20 | J | | |
| 601. | | | | | Buy (add'l) | 09/21/20 | J | | |
| 602. | | | | | Buy (add'l) | 10/23/20 | J | | |
| 603. | | | | | Buy (add'l) | 10/29/20 | J | | |
| 604. | | | | | Sold (part) | 11/09/20 | K | A | |
| 605. | | | | | Sold (part) | 11/10/20 | J | A | |
| 606. | | | | | Sold (part) | 11/13/20 | J | | |
| 607. | | | | | Sold (part) | 11/16/20 | J | A | |
| 608. | | | | | Sold (part) | 11/24/20 | J | A | |
| 609. | | | | | Sold (part) | 12/04/20 | J | A | |
| 610.  -Dicks Sporting Goods | A | Dividend | | | Sold (part) | 01/06/20 | J | | |
| 611. | | | | | Buy (add'l) | 02/19/20 | J | | |
| 612. | | | | | Buy (add'l) | 02/28/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 01/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 613. | | | | | Buy<br>(add'l) | 03/03/20 | J | | |
| 614. | | | | | Buy<br>(add'l) | 03/10/20 | J | | |
| 615. | | | | | Buy<br>(add'l) | 03/12/20 | J | | |
| 616. | | | | | Buy<br>(add'l) | 03/13/20 | J | | |
| 617. | | | | | Buy<br>(add'l) | 03/18/20 | J | | |
| 618. | | | | | Buy<br>(add'l) | 04/13/20 | J | | |
| 619. | | | | | Sold<br>(part) | 04/29/20 | J | | |
| 620. | | | | | Sold<br>(part) | 05/12/20 | J | | |
| 621. | | | | | Sold<br>(part) | 05/14/20 | K | | |
| 622. | | | | | Sold<br>(part) | 05/15/20 | J | | |
| 623. | | | | | Sold<br>(part) | 05/18/20 | J | | |
| 624. | | | | | Sold<br>(part) | 05/19/20 | J | | |
| 625. | | | | | Sold<br>(part) | 05/20/20 | K | | |
| 626. | | | | | Sold | 05/21/20 | J | C | |
| 627.  -Dominos Pizza | A | Dividend | L | T | Sold<br>(part) | 01/06/20 | J | B | |
| 628. | | | | | Sold<br>(part) | 02/04/20 | J | A | |
| 629. | | | | | Sold<br>(part) | 02/07/20 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 01/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. | | | | | Sold (part) | 02/20/20 | J | D | |
| 631. | | | | | Sold (part) | 02/24/20 | J | B | |
| 632. | | | | | Sold (part) | 02/25/20 | J | C | |
| 633. | | | | | Sold (part) | 02/26/20 | J | C | |
| 634. | | | | | Sold (part) | 02/27/20 | J | B | |
| 635. | | | | | Sold (part) | 03/04/20 | J | C | |
| 636. | | | | | Buy (add'l) | 10/27/20 | J | | |
| 637. | | | | | Buy (add'l) | 10/28/20 | K | | |
| 638. | | | | | Buy (add'l) | 10/30/20 | J | | |
| 639. | | | | | Buy (add'l) | 11/02/20 | J | | |
| 640. | | | | | Buy (add'l) | 11/09/20 | J | | |
| 641. | | | | | Buy (add'l) | 11/10/20 | J | | |
| 642. | | | | | Buy (add'l) | 11/16/20 | J | | |
| 643. | | | | | Buy (add'l) | 12/29/20 | J | | |
| 644. -Ralph Lauren | B | Dividend | | | Sold (part) | 01/06/20 | J | A | |
| 645. | | | | | Buy (add'l) | 01/09/20 | J | | |
| 646. | | | | | Buy (add'l) | 01/22/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 01/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. | | | | | Buy (add'l) | 01/24/20 | J | | |
| 648. | | | | | Buy (add'l) | 02/14/20 | J | | |
| 649. | | | | | Buy (add'l) | 02/19/20 | J | | |
| 650. | | | | | Buy (add'l) | 02/25/20 | J | | |
| 651. | | | | | Buy (add'l) | 03/19/20 | J | | |
| 652. | | | | | Buy (add'l) | 03/20/20 | J | | |
| 653. | | | | | Buy (add'l) | 04/03/20 | J | | |
| 654. | | | | | Buy (add'l) | 05/19/20 | J | | |
| 655. | | | | | Sold (part) | 05/28/20 | J | | |
| 656. | | | | | Sold (part) | 06/02/20 | J | | |
| 657. | | | | | Sold (part) | 07/01/20 | J | | |
| 658. | | | | | Sold (part) | 07/07/20 | J | | |
| 659. | | | | | Sold (part) | 07/16/20 | J | | |
| 660. | | | | | Sold (part) | 07/21/20 | J | | |
| 661. | | | | | Sold (part) | 08/04/20 | J | | |
| 662. | | | | | Sold (part) | 08/25/20 | J | | |
| 663. | | | | | Sold (part) | 09/23/20 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 01/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 664. | | | | | Sold<br>(part) | 09/25/20 | J | | |
| 665. | | | | | Sold<br>(part) | 10/01/20 | J | | |
| 666. | | | | | Sold<br>(part) | 10/02/20 | J | | |
| 667. | | | | | Sold<br>(part) | 10/05/20 | J | | |
| 668. | | | | | Sold<br>(part) | 10/06/20 | K | A | |
| 669. | | | | | Sold | 10/07/20 | K | B | |
| 670.   -Activision Blizzard | | None | L | T | Buy | 11/24/20 | K | | |
| 671. | | | | | Buy<br>(add'l) | 12/03/20 | K | | |
| 672. | | | | | Buy<br>(add'l) | 12/04/20 | J | | |
| 673. | | | | | Buy<br>(add'l) | 12/09/20 | K | | |
| 674.   -Blackrock Inc | A | Dividend | L | T | Buy | 05/12/20 | L | | |
| 675. | | | | | Buy<br>(add'l) | 05/21/20 | J | | |
| 676. | | | | | Buy<br>(add'l) | 07/10/20 | J | | |
| 677. | | | | | Buy<br>(add'l) | 08/20/20 | J | | |
| 678. | | | | | Sold<br>(part) | 08/25/20 | J | A | |
| 679. | | | | | Buy<br>(add'l) | 09/10/20 | J | | |
| 680. | | | | | Sold<br>(part) | 11/27/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 01/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 681.   -Booking Holding Inc | | None | K | T | Buy | 09/14/20 | K | | |
| 682. | | | | | Buy<br>(add'l) | 09/15/20 | K | | |
| 683. | | | | | Buy<br>(add'l) | 09/16/20 | J | | |
| 684. | | | | | Buy<br>(add'l) | 09/18/20 | J | | |
| 685. | | | | | Buy<br>(add'l) | 09/24/20 | J | | |
| 686. | | | | | Sold<br>(part) | 11/09/20 | K | B | |
| 687. | | | | | Sold<br>(part) | 11/13/20 | J | A | |
| 688. | | | | | Sold<br>(part) | 11/16/20 | J | A | |
| 689. | | | | | Sold<br>(part) | 11/24/20 | J | A | |
| 690. | | | | | Sold<br>(part) | 12/03/20 | J | B | |
| 691. | | | | | Sold<br>(part) | 12/04/20 | J | A | |
| 692.   -Burberry Group PLC | | None | | | Buy | 02/21/20 | J | | |
| 693. | | | | | Buy<br>(add'l) | 02/24/20 | J | | |
| 694. | | | | | Buy<br>(add'l) | 02/25/20 | J | | |
| 695. | | | | | Buy<br>(add'l) | 02/26/20 | J | | |
| 696. | | | | | Buy<br>(add'l) | 02/27/20 | J | | |
| 697. | | | | | Buy<br>(add'l) | 03/02/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 01/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 698. | | | | | Buy<br>(add'l) | 03/04/20 | J | | |
| 699. | | | | | Buy<br>(add'l) | 03/05/20 | J | | |
| 700. | | | | | Buy<br>(add'l) | 03/06/20 | J | | |
| 701. | | | | | Buy<br>(add'l) | 03/11/20 | J | | |
| 702. | | | | | Buy<br>(add'l) | 04/23/20 | J | | |
| 703. | | | | | Buy<br>(add'l) | 04/30/20 | J | | |
| 704. | | | | | Buy<br>(add'l) | 05/22/20 | J | | |
| 705. | | | | | Buy<br>(add'l) | 07/06/20 | J | | |
| 706. | | | | | Sold<br>(part) | 07/20/20 | J | | |
| 707. | | | | | Sold<br>(part) | 08/04/20 | J | | |
| 708. | | | | | Sold<br>(part) | 08/05/20 | K | | |
| 709. | | | | | Sold<br>(part) | 08/06/20 | J | | |
| 710. | | | | | Sold | 08/07/20 | K | | |
| 711.  -Campbell Soup | A | Dividend | M | T | Buy | 09/22/20 | K | | |
| 712. | | | | | Buy<br>(add'l) | 09/23/20 | J | | |
| 713. | | | | | Buy<br>(add'l) | 09/28/20 | J | | |
| 714. | | | | | Buy<br>(add'l) | 09/29/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 01/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 715. | | | | | Buy<br>(add'l) | 09/30/20 | J | | |
| 716. | | | | | Buy<br>(add'l) | 10/02/20 | J | | |
| 717. | | | | | Buy<br>(add'l) | 10/05/20 | J | | |
| 718. | | | | | Buy<br>(add'l) | 10/06/20 | J | | |
| 719. | | | | | Buy<br>(add'l) | 10/07/20 | J | | |
| 720. | | | | | Buy<br>(add'l) | 10/08/20 | J | | |
| 721. | | | | | Buy<br>(add'l) | 10/14/20 | J | | |
| 722. | | | | | Buy<br>(add'l) | 10/15/20 | J | | |
| 723. | | | | | Buy<br>(add'l) | 10/20/20 | J | | |
| 724. | | | | | Buy<br>(add'l) | 10/26/20 | J | | |
| 725. | | | | | Buy<br>(add'l) | 10/29/20 | J | | |
| 726. | | | | | Buy<br>(add'l) | 11/05/20 | J | | |
| 727. | | | | | Buy<br>(add'l) | 11/06/20 | J | | |
| 728. | | | | | Buy<br>(add'l) | 11/09/20 | J | | |
| 729. | | | | | Buy<br>(add'l) | 11/20/20 | J | | |
| 730. | | | | | Buy<br>(add'l) | 12/03/20 | J | | |
| 731. | | | | | Buy<br>(add'l) | 12/09/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 01/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 732. | | | | | Buy<br>(add'l) | 12/10/20 | J | | |
| 733. | | | | | Buy<br>(add'l) | 12/11/20 | J | | |
| 734. | | | | | Buy<br>(add'l) | 12/18/20 | J | | |
| 735.  -Ebay | B | Dividend | M | T | Buy | 05/07/20 | J | | |
| 736. | | | | | Buy<br>(add'l) | 05/11/20 | K | | |
| 737. | | | | | Buy<br>(add'l) | 05/13/20 | J | | |
| 738. | | | | | Buy<br>(add'l) | 05/14/20 | J | | |
| 739. | | | | | Buy<br>(add'l) | 05/21/20 | J | | |
| 740. | | | | | Buy<br>(add'l) | 06/01/20 | J | | |
| 741. | | | | | Buy<br>(add'l) | 06/04/20 | J | | |
| 742. | | | | | Buy<br>(add'l) | 06/05/20 | K | | |
| 743. | | | | | Buy<br>(add'l) | 06/12/20 | J | | |
| 744. | | | | | Buy<br>(add'l) | 06/19/20 | J | | |
| 745. | | | | | Sold<br>(part) | 06/30/20 | J | A | |
| 746. | | | | | Sold<br>(part) | 07/02/20 | J | A | |
| 747. | | | | | Sold<br>(part) | 07/06/20 | J | A | |
| 748. | | | | | Sold<br>(part) | 07/08/20 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 01/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 749. | | | | | Sold<br>(part) | 07/09/20 | J | A | |
| 750. | | | | | Buy<br>(add'l) | 07/29/20 | K | | |
| 751. | | | | | Buy<br>(add'l) | 07/30/20 | J | | |
| 752. | | | | | Sold<br>(part) | 08/25/20 | K | A | |
| 753. | | | | | Buy<br>(add'l) | 08/28/20 | J | | |
| 754. | | | | | Buy<br>(add'l) | 09/15/20 | J | | |
| 755. | | | | | Buy<br>(add'l) | 09/16/20 | J | | |
| 756. | | | | | Buy<br>(add'l) | 09/17/20 | J | | |
| 757. | | | | | Buy<br>(add'l) | 09/30/20 | J | | |
| 758. | | | | | Buy<br>(add'l) | 10/02/20 | J | | |
| 759. | | | | | Buy<br>(add'l) | 10/05/20 | J | | |
| 760. | | | | | Buy<br>(add'l) | 10/29/20 | J | | |
| 761. | | | | | Buy<br>(add'l) | 10/30/20 | J | | |
| 762. | | | | | Buy<br>(add'l) | 11/04/20 | J | | |
| 763. | | | | | Buy<br>(add'l) | 11/10/20 | J | | |
| 764. | | | | | Buy<br>(add'l) | 11/16/20 | J | | |
| 765.  -Hasbro Inc | C | Dividend | | | Buy | 01/15/20 | K | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 01/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 766. | | | | | Buy (add'l) | 01/24/20 | K | | |
| 767. | | | | | Buy (add'l) | 01/27/20 | J | | |
| 768. | | | | | Buy (add'l) | 01/29/20 | J | | |
| 769. | | | | | Buy (add'l) | 01/30/20 | J | | |
| 770. | | | | | Buy (add'l) | 02/06/20 | J | | |
| 771. | | | | | Buy (add'l) | 02/07/20 | J | | |
| 772. | | | | | Buy (add'l) | 02/11/20 | K | | |
| 773. | | | | | Buy (add'l) | 02/12/20 | J | | |
| 774. | | | | | Buy (add'l) | 02/20/20 | J | | |
| 775. | | | | | Buy (add'l) | 02/21/20 | J | | |
| 776. | | | | | Buy (add'l) | 03/03/20 | J | | |
| 777. | | | | | Buy (add'l) | 03/06/20 | J | | |
| 778. | | | | | Buy (add'l) | 03/11/20 | J | | |
| 779. | | | | | Buy (add'l) | 03/16/20 | J | | |
| 780. | | | | | Buy (add'l) | 06/04/20 | J | | |
| 781. | | | | | Sold (part) | 07/22/20 | J | | |
| 782. | | | | | Sold (part) | 08/25/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 01/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 783. | | | | | Sold (part) | 09/04/20 | J | | |
| 784. | | | | | Sold (part) | 09/10/20 | J | | |
| 785. | | | | | Sold (part) | 09/17/20 | J | | |
| 786. | | | | | Sold (part) | 09/18/20 | J | | |
| 787. | | | | | Sold (part) | 09/23/20 | J | | |
| 788. | | | | | Sold (part) | 10/31/20 | J | | |
| 789. | | | | | Sold (part) | 11/02/20 | J | | |
| 790. | | | | | Sold (part) | 11/05/20 | J | | |
| 791. | | | | | Sold (part) | 11/09/20 | J | | |
| 792. | | | | | Sold (part) | 11/13/20 | J | | |
| 793. | | | | | Sold (part) | 11/16/20 | J | | |
| 794. | | | | | Sold (part) | 11/20/20 | J | | |
| 795. | | | | | Sold (part) | 11/24/20 | J | | |
| 796. | | | | | Sold (part) | 12/01/20 | K | C | |
| 797. | | | | | Sold (part) | 12/03/20 | J | B | |
| 798. | | | | | Sold | 12/09/20 | J | C | |
| 799.  -Marriott Intl Inc | | None | | | Buy | 03/04/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 01/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 800. | | | | | Buy<br>(add'l) | 03/05/20 | K | | |
| 801. | | | | | Buy<br>(add'l) | 03/06/20 | J | | |
| 802. | | | | | Buy<br>(add'l) | 03/09/20 | J | | |
| 803. | | | | | Buy<br>(add'l) | 03/18/20 | J | | |
| 804. | | | | | Buy<br>(add'l) | 04/03/20 | K | | |
| 805. | | | | | Sold<br>(part) | 05/18/20 | K | | |
| 806. | | | | | Sold<br>(part) | 05/27/20 | J | | |
| 807. | | | | | Sold<br>(part) | 06/04/20 | J | | |
| 808. | | | | | Sold<br>(part) | 06/05/20 | J | B | |
| 809. | | | | | Sold | 06/12/20 | K | D | |
| 810.  -Pepsico | A | Dividend | M | T | Buy | 06/09/20 | K | | |
| 811. | | | | | Buy<br>(add'l) | 06/11/20 | J | | |
| 812. | | | | | Buy<br>(add'l) | 06/12/20 | K | | |
| 813. | | | | | Buy<br>(add'l) | 06/15/20 | J | | |
| 814. | | | | | Buy<br>(add'l) | 06/18/20 | J | | |
| 815. | | | | | Buy<br>(add'l) | 06/19/20 | J | | |
| 816. | | | | | Buy<br>(add'l) | 07/09/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 01/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 817. | | | | | Buy<br>(add'l) | 07/13/20 | J | | |
| 818. | | | | | Buy<br>(add'l) | 07/14/20 | J | | |
| 819. | | | | | Buy<br>(add'l) | 07/15/20 | J | | |
| 820. | | | | | Buy<br>(add'l) | 07/30/20 | J | | |
| 821. | | | | | Buy<br>(add'l) | 08/21/20 | J | | |
| 822. | | | | | Sold<br>(part) | 08/25/20 | J | A | |
| 823. | | | | | Buy<br>(add'l) | 09/15/20 | J | | |
| 824. | | | | | Buy<br>(add'l) | 09/17/20 | J | | |
| 825.   -Proctor & Gamble | B | Dividend | M | T | Buy | 07/06/20 | J | | |
| 826. | | | | | Buy<br>(add'l) | 07/09/20 | K | | |
| 827. | | | | | Buy<br>(add'l) | 07/13/20 | K | | |
| 828. | | | | | Buy<br>(add'l) | 07/14/20 | K | | |
| 829. | | | | | Buy<br>(add'l) | 07/23/20 | J | | |
| 830. | | | | | Sold<br>(part) | 08/25/20 | J | | |
| 831. | | | | | Buy<br>(add'l) | 09/10/20 | J | | |
| 832. | | | | | Sold<br>(part) | 10/16/20 | J | | |
| 833. | | | | | Sold<br>(part) | 10/20/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 01/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 834. | | | | | Sold<br>(part) | 10/30/20 | J | | |
| 835. | | | | | Buy<br>(add'l) | 11/24/20 | J | | |
| 836. | | | | | Buy<br>(add'l) | 11/27/20 | J | | |
| 837. | | | | | Buy<br>(add'l) | 11/30/20 | J | | |
| 838. | | | | | Buy<br>(add'l) | 12/01/20 | J | | |
| 839. | | | | | Buy<br>(add'l) | 12/03/20 | J | | |
| 840.  -Qualcomm Inc | A | Dividend | M | T | Buy | 08/19/20 | K | | |
| 841. | | | | | Buy<br>(add'l) | 08/20/20 | J | | |
| 842. | | | | | Sold<br>(part) | 08/25/20 | J | | |
| 843. | | | | | Buy<br>(add'l) | 09/03/20 | J | | |
| 844. | | | | | Buy<br>(add'l) | 09/04/20 | J | | |
| 845. | | | | | Buy<br>(add'l) | 09/08/20 | J | | |
| 846. | | | | | Buy<br>(add'l) | 09/16/20 | J | | |
| 847. | | | | | Buy<br>(add'l) | 10/02/20 | J | | |
| 848. | | | | | Buy<br>(add'l) | 10/28/20 | J | | |
| 849. | | | | | Buy<br>(add'l) | 11/10/20 | J | | |
| 850. | | | | | Buy<br>(add'l) | 12/11/20 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 01/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 851.  -Sherwin Williams Co | A | Dividend | J | T | Buy | 04/01/20 | K | | |
| 852. | | | | | Buy (add'l) | 04/03/20 | J | | |
| 853. | | | | | Buy (add'l) | 04/16/20 | K | | |
| 854. | | | | | Buy (add'l) | 06/22/20 | J | | |
| 855. | | | | | Sold (part) | 08/25/20 | J | B | |
| 856. | | | | | Sold (part) | 09/01/20 | J | B | |
| 857. | | | | | Sold (part) | 09/10/20 | J | B | |
| 858. | | | | | Sold (part) | 09/14/20 | J | B | |
| 859. | | | | | Sold (part) | 10/28/20 | J | B | |
| 860. | | | | | Sold (part) | 10/29/20 | J | B | |
| 861.  -Starbucks | A | Dividend | | | Buy | 03/06/20 | K | | |
| 862. | | | | | Buy (add'l) | 03/09/20 | J | | |
| 863. | | | | | Buy (add'l) | 03/17/20 | J | | |
| 864. | | | | | Buy (add'l) | 03/23/20 | J | | |
| 865. | | | | | Buy (add'l) | 04/16/20 | J | | |
| 866. | | | | | Buy (add'l) | 04/29/20 | K | | |
| 867. | | | | | Buy (add'l) | 04/30/20 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 01/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 868. | | | | | Buy (add'l) | 05/01/20 | J | | |
| 869. | | | | | Sold (part) | 07/21/20 | J | | |
| 870. | | | | | Sold (part) | 07/22/20 | J | | |
| 871. | | | | | Sold (part) | 07/29/20 | J | | |
| 872. | | | | | Sold (part) | 08/14/20 | J | | |
| 873. | | | | | Sold (part) | 08/17/20 | J | | |
| 874. | | | | | Sold (part) | 08/19/20 | J | | |
| 875. | | | | | Sold (part) | 08/20/20 | K | | |
| 876. | | | | | Sold | 08/21/20 | K | | |
| 877. -Target | A | Dividend | M | T | Buy | 07/20/20 | K | | |
| 878. | | | | | Buy (add'l) | 07/21/20 | K | | |
| 879. | | | | | Buy (add'l) | 07/23/20 | K | | |
| 880. | | | | | Buy (add'l) | 07/27/20 | J | | |
| 881. | | | | | Buy (add'l) | 07/30/20 | J | | |
| 882. | | | | | Sold (part) | 08/25/20 | J | | |
| 883. | | | | | Sold (part) | 11/09/20 | J | | |
| 884. | | | | | Sold (part) | 11/24/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 01/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 885. | | | | | Sold (part) | 11/25/20 | J | | |
| 886. | | | | | Sold (part) | 11/27/20 | J | | |
| 887. | | | | | | | | | |
| 888. Trust # 3 (H) | | | | | | | | | |
| 889. -Alphabet Inc. Class C | | None | M | T | Sold (part) | 01/02/20 | J | | |
| 890. | | | | | Sold (part) | 02/19/20 | J | | |
| 891. | | | | | Sold (part) | 06/09/20 | J | | |
| 892. -Coca Cola Company | B | Dividend | L | T | Sold (part) | 02/26/20 | J | | |
| 893. | | | | | Sold (part) | 02/27/20 | J | | |
| 894. | | | | | Sold (part) | 04/30/20 | J | | |
| 895. | | | | | Sold (part) | 05/07/20 | J | | |
| 896. | | | | | Sold (part) | 05/21/20 | J | | |
| 897. | | | | | Sold (part) | 06/02/20 | J | | |
| 898. | | | | | Sold (part) | 06/09/20 | J | | |
| 899. | | | | | Sold (part) | 09/22/20 | J | | |
| 900. | | | | | Sold (part) | 09/23/20 | J | | |
| 901. | | | | | Sold (part) | 10/15/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 01/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 902. -Comcast Corporation | B | Dividend | | | Buy<br>(add'l) | 01/23/20 | J | | |
| 903. | | | | | Sold<br>(part) | 03/17/20 | J | | |
| 904. | | | | | Sold<br>(part) | 04/27/20 | J | | |
| 905. | | | | | Sold<br>(part) | 04/29/20 | J | | |
| 906. | | | | | Sold<br>(part) | 05/01/20 | J | | |
| 907. | | | | | Sold<br>(part) | 05/07/20 | J | | |
| 908. | | | | | Sold<br>(part) | 06/09/20 | J | | |
| 909. | | | | | Sold<br>(part) | 07/09/20 | J | | |
| 910. | | | | | Sold | 07/10/20 | K | | |
| 911. -Darden Restaurants | A | Dividend | | | Buy<br>(add'l) | 01/16/20 | J | | |
| 912. | | | | | Sold<br>(part) | 02/21/20 | K | | |
| 913. | | | | | Sold<br>(part) | 03/06/20 | J | | |
| 914. | | | | | Sold<br>(part) | 03/17/20 | J | | |
| 915. | | | | | Sold<br>(part) | 05/11/20 | K | | |
| 916. | | | | | Sold | 05/12/20 | J | | |
| 917. -Diageo PLC | B | Dividend | K | T | Sold<br>(part) | 10/09/20 | J | | |
| 918. | | | | | Sold<br>(part) | 10/30/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 919. | | | | | Sold (part) | 11/02/20 | J | | |
| 920.  -Dunkin Brands Group | A | Dividend | | | Buy (add'l) | 03/17/20 | J | | |
| 921. | | | | | Buy (add'l) | 04/02/20 | L | | |
| 922. | | | | | Sold (part) | 06/09/20 | J | | |
| 923. | | | | | Sold (part) | 07/15/20 | J | | |
| 924. | | | | | Sold (part) | 07/22/20 | J | | |
| 925. | | | | | Sold (part) | 07/23/20 | J | | |
| 926. | | | | | Sold (part) | 10/26/20 | M | E | |
| 927. | | | | | Sold | 10/28/20 | J | C | |
| 928.  -Exxon Mobil | D | Dividend | L | T | | | | | |
| 929.  -Facebook Inc Class A | | None | | | Sold (part) | 01/02/20 | J | A | |
| 930. | | | | | Sold (part) | 01/08/20 | J | B | |
| 931. | | | | | Sold (part) | 01/09/20 | J | A | |
| 932. | | | | | Sold (part) | 01/13/20 | J | B | |
| 933. | | | | | Sold (part) | 01/15/20 | J | B | |
| 934. | | | | | Sold (part) | 01/16/20 | J | B | |
| 935. | | | | | Sold (part) | 01/24/20 | J | B | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 01/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 936. | | | | | Buy<br>(add'l) | 03/05/20 | J | | |
| 937. | | | | | Buy<br>(add'l) | 03/06/20 | J | | |
| 938. | | | | | Buy<br>(add'l) | 03/25/20 | J | | |
| 939. | | | | | Sold<br>(part) | 04/30/20 | J | B | |
| 940. | | | | | Sold<br>(part) | 05/06/20 | J | B | |
| 941. | | | | | Sold<br>(part) | 05/20/20 | J | B | |
| 942. | | | | | Sold<br>(part) | 06/09/20 | J | B | |
| 943. | | | | | Sold<br>(part) | 06/29/20 | J | B | |
| 944. | | | | | Sold<br>(part) | 07/07/20 | J | B | |
| 945. | | | | | Sold<br>(part) | 07/20/20 | J | C | |
| 946. | | | | | Sold | 07/23/20 | L | E | |
| 947.  -Heineken NV | A | Dividend | | | Buy<br>(add'l) | 01/13/20 | J | | |
| 948. | | | | | Buy<br>(add'l) | 02/20/20 | J | | |
| 949. | | | | | Buy<br>(add'l) | 02/28/20 | J | | |
| 950. | | | | | Buy<br>(add'l) | 03/24/20 | J | | |
| 951. | | | | | Buy<br>(add'l) | 03/26/20 | J | | |
| 952. | | | | | Buy<br>(add'l) | 04/08/20 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 01/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 953. | | | | | Buy (add'l) | 04/14/20 | J | | |
| 954. | | | | | Buy (add'l) | 04/28/20 | J | | |
| 955. | | | | | Buy (add'l) | 05/04/20 | J | | |
| 956. | | | | | Sold (part) | 06/09/20 | J | | |
| 957. | | | | | Sold (part) | 08/28/20 | J | | |
| 958. | | | | | Sold (part) | 09/03/20 | J | | |
| 959. | | | | | Sold (part) | 09/08/20 | J | | |
| 960. | | | | | Sold (part) | 09/14/20 | K | | |
| 961. | | | | | Sold (part) | 09/15/20 | J | A | |
| 962. | | | | | Sold | 09/16/20 | K | C | |
| 963. -Home Depot | B | Dividend | L | T | Sold (part) | 01/24/20 | J | B | |
| 964. | | | | | Sold (part) | 02/11/20 | J | B | |
| 965. | | | | | Sold (part) | 02/27/20 | J | B | |
| 966. | | | | | Sold (part) | 06/09/20 | J | B | |
| 967. -LVMH MOET | A | Dividend | L | T | Sold (part) | 06/09/20 | J | | |
| 968. | | | | | Sold (part) | 07/29/20 | J | | |
| 969. | | | | | Sold (part) | 09/22/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 01/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 970. | | | | | Sold<br>(part) | 09/24/20 | J | | |
| 971. | | | | | Sold<br>(part) | 09/29/20 | J | | |
| 972.  -McDonalds | B | Dividend | L | T | Sold<br>(part) | 01/30/20 | J | D | |
| 973. | | | | | Sold<br>(part) | 01/31/20 | J | B | |
| 974. | | | | | Sold<br>(part) | 04/20/20 | J | | |
| 975. | | | | | Sold<br>(part) | 04/23/20 | J | | |
| 976. | | | | | Sold<br>(part) | 09/04/20 | J | C | |
| 977. | | | | | Sold<br>(part) | 10/15/20 | J | C | |
| 978.  -Microsoft Corp | A | Dividend | L | T | Sold<br>(part) | 02/13/20 | J | D | |
| 979. | | | | | Sold<br>(part) | 06/09/20 | J | C | |
| 980. | | | | | Sold<br>(part) | 06/23/20 | J | C | |
| 981.  -Nestle | B | Dividend | L | T | Sold<br>(part) | 03/27/20 | J | C | |
| 982. | | | | | Sold<br>(part) | 04/01/20 | J | B | |
| 983. | | | | | Sold<br>(part) | 04/02/20 | J | A | |
| 984. | | | | | Sold<br>(part) | 06/09/20 | J | A | |
| 985. | | | | | Buy<br>(add'l) | 12/01/20 | J | | |
| 986.  -Pepsico | D | Dividend | N | T | Buy<br>(add'l) | 06/09/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 01/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 987. | | | | | Buy<br>(add'l) | 06/11/20 | J | | |
| 988. | | | | | Buy<br>(add'l) | 06/12/20 | J | | |
| 989. | | | | | Buy<br>(add'l) | 06/15/20 | J | | |
| 990. | | | | | Buy<br>(add'l) | 06/19/20 | J | | |
| 991. | | | | | Buy<br>(add'l) | 07/15/20 | J | | |
| 992. | | | | | Buy<br>(add'l) | 07/23/20 | J | | |
| 993. | | | | | Buy<br>(add'l) | 08/03/20 | J | | |
| 994. | | | | | Buy<br>(add'l) | 09/15/20 | J | | |
| 995.  -Tiffany & Co | A | Dividend | | | Sold<br>(part) | 01/02/20 | J | C | |
| 996. | | | | | Sold<br>(part) | 01/13/20 | K | D | |
| 997. | | | | | Sold | 01/30/20 | J | B | |
| 998.  -Ulta Beauty Inc | | None | | | Buy<br>(add'l) | 01/03/20 | J | | |
| 999. | | | | | Sold<br>(part) | 03/24/20 | J | | |
| 1000. | | | | | Sold<br>(part) | 03/25/20 | J | | |
| 1001. | | | | | Sold<br>(part) | 04/02/20 | J | | |
| 1002. | | | | | Sold<br>(part) | 04/03/20 | J | | |
| 1003. | | | | | Sold<br>(part) | 04/07/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | | | | | |
|---|---|---|---|---|---|
| Name of Person Reporting | | | | | Date of Report |
| Stahl, Norman H. | | | | | 01/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1004. | | | | | Sold | 04/08/20 | K | | |
| 1005. -Wal-Mart Stores | B | Dividend | L | T | Sold (part) | 03/18/20 | J | | |
| 1006. | | | | | Sold (part) | 03/23/20 | J | | |
| 1007. | | | | | Sold (part) | 04/16/20 | J | | |
| 1008. | | | | | Buy (add'l) | 06/05/20 | J | | |
| 1009. | | | | | Sold (part) | 09/21/20 | J | | |
| 1010. | | | | | Sold (part) | 10/15/20 | J | | |
| 1011. -Walt Disney Co | A | Dividend | L | T | Buy (add'l) | 02/26/20 | J | | |
| 1012. | | | | | Buy (add'l) | 03/04/20 | J | | |
| 1013. | | | | | Sold (part) | 03/26/20 | J | | |
| 1014. | | | | | Sold (part) | 04/09/20 | J | | |
| 1015. | | | | | Sold (part) | 05/08/20 | J | | |
| 1016. | | | | | Sold (part) | 05/20/20 | J | | |
| 1017. | | | | | Sold (part) | 06/04/20 | J | | |
| 1018. | | | | | Sold (part) | 06/09/20 | J | | |
| 1019. | | | | | Sold (part) | 08/05/20 | J | | |
| 1020. | | | | | Sold (part) | 10/12/20 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 01/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1021. | | | | | Sold (part) | 10/29/20 | J | | |
| 1022. -William Sonoma | B | Dividend | M | T | Buy (add'l) | 02/27/20 | J | | |
| 1023. | | | | | Buy (add'l) | 03/27/20 | J | | |
| 1024. | | | | | Buy (add'l) | 04/01/20 | J | | |
| 1025. | | | | | Sold (part) | 05/26/20 | J | A | |
| 1026. | | | | | Sold (part) | 11/23/20 | J | C | |
| 1027. -WW International | | None | | | Buy (add'l) | 01/02/20 | J | | |
| 1028. | | | | | Buy (add'l) | 02/26/20 | J | | |
| 1029. | | | | | Buy (add'l) | 03/09/20 | J | | |
| 1030. | | | | | Buy (add'l) | 03/26/20 | J | | |
| 1031. | | | | | Sold (part) | 04/29/20 | J | | |
| 1032. | | | | | Sold (part) | 05/13/20 | J | | |
| 1033. | | | | | Sold (part) | 05/14/20 | J | | |
| 1034. | | | | | Sold (part) | 05/19/20 | J | | |
| 1035. | | | | | Sold (part) | 05/20/20 | J | | |
| 1036. | | | | | Sold (part) | 06/04/20 | J | | |
| 1037. | | | | | Sold (part) | 06/05/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 01/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1038. | | | | | Sold | 06/09/20 | J | A | |
| 1039. -Cash, Schwab Bank Sweep | A | Interest | K | T | | | | | |
| 1040. -US Treasury Bill Due 4/30/20 | D | Interest | | | Matured | 04/30/20 | N | | |
| 1041. -US Treasury Bill Due 2/25/21 | | None | N | T | Buy | 08/25/20 | N | | |
| 1042. -Morgan Stanley CD Due 4/9/21 | | None | K | T | Buy | 04/03/20 | K | | |
| 1043. -Capital One Bank CD Due 4/8/21 | | None | M | T | Buy | 04/03/20 | M | | |
| 1044. -Bank of Hope CD Due 4/15/21 | B | Interest | M | T | Buy | 04/03/20 | M | | |
| 1045. -Investors Bank CD Due 4/14/21 | | None | M | T | Buy | 04/03/20 | M | | |
| 1046. -Texas Capital Bank CD Due 4/9/21 | | None | M | T | Buy | 04/03/20 | M | | |
| 1047. -Amazon | | None | | | Sold (part) | 02/28/20 | J | A | |
| 1048. | | | | | Sold | 03/06/20 | L | C | |
| 1049. -American Express Co | B | Dividend | M | T | Buy (add'l) | 03/06/20 | J | | |
| 1050. | | | | | Buy (add'l) | 04/14/20 | J | | |
| 1051. | | | | | Buy (add'l) | 04/15/20 | J | | |
| 1052. | | | | | Sold (part) | 06/05/20 | J | | |
| 1053. | | | | | Sold (part) | 06/08/20 | J | | |
| 1054. | | | | | Buy (add'l) | 10/13/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 01/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1055. | | | | | Buy<br>(add'l) | 10/26/20 | J | | |
| 1056. -Dicks Sporting Goods | A | Dividend | | | Buy<br>(add'l) | 04/13/20 | J | | |
| 1057. | | | | | Sold | 05/21/20 | L | | |
| 1058. -Dominos Pizza, Inc. | | None | K | T | Sold<br>(part) | 02/20/20 | J | B | |
| 1059. | | | | | Sold<br>(part) | 02/24/20 | J | B | |
| 1060. | | | | | Sold<br>(part) | 02/25/20 | J | B | |
| 1061. | | | | | Sold<br>(part) | 02/26/20 | J | B | |
| 1062. | | | | | Sold<br>(part) | 02/27/20 | J | A | |
| 1063. | | | | | Sold<br>(part) | 02/28/20 | J | C | |
| 1064. | | | | | Sold<br>(part) | 03/04/20 | K | D | |
| 1065. | | | | | Buy<br>(add'l) | 10/27/20 | J | | |
| 1066. | | | | | Buy<br>(add'l) | 10/28/20 | K | | |
| 1067. | | | | | Buy<br>(add'l) | 10/30/20 | J | | |
| 1068. | | | | | Buy<br>(add'l) | 11/02/20 | J | | |
| 1069. -Ralph Lauren | A | Dividend | | | Buy<br>(add'l) | 01/09/20 | J | | |
| 1070. | | | | | Buy<br>(add'l) | 01/22/20 | J | | |
| 1071. | | | | | Buy<br>(add'l) | 02/14/20 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 01/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1072. | | | | | Buy (add'l) | 02/21/20 | J | | |
| 1073. | | | | | Buy (add'l) | 03/06/20 | J | | |
| 1074. | | | | | Buy (add'l) | 03/27/20 | J | | |
| 1075. | | | | | Buy (add'l) | 04/03/20 | J | | |
| 1076. | | | | | Sold (part) | 05/26/20 | J | | |
| 1077. | | | | | Sold (part) | 05/27/20 | J | | |
| 1078. | | | | | Sold (part) | 06/02/20 | J | | |
| 1079. | | | | | Sold (part) | 06/03/20 | J | | |
| 1080. | | | | | Sold (part) | 06/05/20 | J | | |
| 1081. | | | | | Sold (part) | 06/08/20 | J | | |
| 1082. | | | | | Sold (part) | 06/09/20 | J | | |
| 1083. | | | | | Buy (add'l) | 08/04/20 | K | | |
| 1084. | | | | | Buy (add'l) | 08/06/20 | J | | |
| 1085. | | | | | Buy (add'l) | 08/12/20 | J | | |
| 1086. | | | | | Buy (add'l) | 08/20/20 | J | | |
| 1087. | | | | | Sold (part) | 09/22/20 | J | | |
| 1088. | | | | | Sold (part) | 09/24/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 01/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1089. | | | | | Sold<br>(part) | 09/25/20 | J | | |
| 1090. | | | | | Sold<br>(part) | 09/30/20 | J | | |
| 1091. | | | | | Sold<br>(part) | 10/02/20 | K | A | |
| 1092. | | | | | Sold<br>(part) | 10/05/20 | J | A | |
| 1093. | | | | | Sold<br>(part) | 10/06/20 | J | A | |
| 1094. | | | | | Sold | 10/07/20 | J | A | |
| 1095. -Activision Blizzard | | None | K | T | Buy | 12/01/20 | K | | |
| 1096. | | | | | Buy<br>(add'l) | 12/02/20 | J | | |
| 1097. -Blackrock Inc | A | Dividend | L | T | Buy | 05/12/20 | K | | |
| 1098. | | | | | Buy<br>(add'l) | 05/21/20 | K | | |
| 1099. | | | | | Buy<br>(add'l) | 07/10/20 | J | | |
| 1100. | | | | | Buy<br>(add'l) | 09/10/20 | J | | |
| 1101. -Booking Holdings Inc | | None | L | T | Buy | 09/14/20 | K | | |
| 1102. | | | | | Buy<br>(add'l) | 09/15/20 | K | | |
| 1103. | | | | | Buy<br>(add'l) | 10/02/20 | J | | |
| 1104. -Burberry Group PLC | | None | | | Buy | 02/21/20 | J | | |
| 1105. | | | | | Buy<br>(add'l) | 02/24/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 01/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1106. | | | | | Buy (add'l) | 02/25/20 | J | | |
| 1107. | | | | | Buy (add'l) | 02/26/20 | J | | |
| 1108. | | | | | Buy (add'l) | 02/27/20 | J | | |
| 1109. | | | | | Buy (add'l) | 03/05/20 | J | | |
| 1110. | | | | | Buy (add'l) | 03/06/20 | J | | |
| 1111. | | | | | Buy (add'l) | 04/09/20 | J | | |
| 1112. | | | | | Buy (add'l) | 04/23/20 | J | | |
| 1113. | | | | | Buy (add'l) | 04/24/20 | J | | |
| 1114. | | | | | Buy (add'l) | 04/30/20 | J | | |
| 1115. | | | | | Buy (add'l) | 05/22/20 | J | | |
| 1116. | | | | | Sold (part) | 06/09/20 | J | | |
| 1117. | | | | | Buy (add'l) | 07/06/20 | J | | |
| 1118. | | | | | Sold (part) | 07/20/20 | J | | |
| 1119. | | | | | Sold (part) | 08/03/20 | J | | |
| 1120. | | | | | Sold (part) | 08/04/20 | K | | |
| 1121. | | | | | Sold (part) | 08/05/20 | J | | |
| 1122. | | | | | Sold (part) | 08/06/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 01/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1123. | | | | | Sold | 08/07/20 | J | | |
| 1124. -Campbell Soup | A | Dividend | M | T | Buy | 09/22/20 | K | | |
| 1125. | | | | | Buy (add'l) | 09/23/20 | J | | |
| 1126. | | | | | Buy (add'l) | 09/28/20 | J | | |
| 1127. | | | | | Buy (add'l) | 09/29/20 | J | | |
| 1128. | | | | | Buy (add'l) | 09/30/20 | J | | |
| 1129. | | | | | Buy (add'l) | 10/05/20 | J | | |
| 1130. | | | | | Buy (add'l) | 10/06/20 | J | | |
| 1131. | | | | | Buy (add'l) | 10/07/20 | J | | |
| 1132. | | | | | Buy (add'l) | 10/13/20 | J | | |
| 1133. | | | | | Buy (add'l) | 10/15/20 | J | | |
| 1134. | | | | | Buy (add'l) | 10/20/20 | J | | |
| 1135. | | | | | Buy (add'l) | 10/26/20 | J | | |
| 1136. | | | | | Buy (add'l) | 10/27/20 | J | | |
| 1137. | | | | | Buy (add'l) | 10/29/20 | J | | |
| 1138. | | | | | Buy (add'l) | 11/17/20 | J | | |
| 1139. | | | | | Buy (add'l) | 12/01/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 01/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1140. | | | | | Buy<br>(add'l) | 12/03/20 | J | | |
| 1141. | | | | | Buy<br>(add'l) | 12/18/20 | J | | |
| 1142. -Ebay | A | Dividend | M | T | Buy | 05/07/20 | J | | |
| 1143. | | | | | Buy<br>(add'l) | 05/11/20 | K | | |
| 1144. | | | | | Buy<br>(add'l) | 05/13/20 | J | | |
| 1145. | | | | | Buy<br>(add'l) | 05/14/20 | J | | |
| 1146. | | | | | Buy<br>(add'l) | 05/21/20 | K | | |
| 1147. | | | | | Buy<br>(add'l) | 06/04/20 | J | | |
| 1148. | | | | | Buy<br>(add'l) | 06/05/20 | J | | |
| 1149. | | | | | Sold<br>(part) | 06/09/20 | J | A | |
| 1150. | | | | | Buy<br>(add'l) | 06/12/20 | J | | |
| 1151. | | | | | Buy<br>(add'l) | 08/28/20 | J | | |
| 1152. | | | | | Buy<br>(add'l) | 09/15/20 | J | | |
| 1153. | | | | | Buy<br>(add'l) | 09/16/20 | J | | |
| 1154. | | | | | Buy<br>(add'l) | 09/17/20 | J | | |
| 1155. | | | | | Buy<br>(add'l) | 09/25/20 | J | | |
| 1156. | | | | | Buy<br>(add'l) | 09/30/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 01/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1157. | | | | | Buy<br>(add'l) | 10/02/20 | J | | |
| 1158. | | | | | Buy<br>(add'l) | 10/29/20 | J | | |
| 1159. -Hasbro Inc | B | Dividend | | | Buy | 01/15/20 | K | | |
| 1160. | | | | | Buy<br>(add'l) | 01/24/20 | J | | |
| 1161. | | | | | Buy<br>(add'l) | 01/30/20 | J | | |
| 1162. | | | | | Buy<br>(add'l) | 02/07/20 | J | | |
| 1163. | | | | | Buy<br>(add'l) | 02/11/20 | J | | |
| 1164. | | | | | Buy<br>(add'l) | 02/21/20 | K | | |
| 1165. | | | | | Buy<br>(add'l) | 02/28/20 | J | | |
| 1166. | | | | | Buy<br>(add'l) | 03/05/20 | J | | |
| 1167. | | | | | Buy<br>(add'l) | 05/01/20 | J | | |
| 1168. | | | | | Sold<br>(part) | 07/21/20 | J | | |
| 1169. | | | | | Sold<br>(part) | 07/22/20 | J | | |
| 1170. | | | | | Sold<br>(part) | 07/23/20 | J | | |
| 1171. | | | | | Sold<br>(part) | 08/28/20 | J | | |
| 1172. | | | | | Sold<br>(part) | 09/03/20 | J | | |
| 1173. | | | | | Sold<br>(part) | 09/08/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Stahl, Norman H. | 01/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1174. | | | | | Sold (part) | 09/09/20 | J | | |
| 1175. | | | | | Sold (part) | 09/14/20 | J | | |
| 1176. | | | | | Buy (add'l) | 10/26/20 | K | | |
| 1177. | | | | | Sold (part) | 11/23/20 | K | A | |
| 1178. | | | | | Sold (part) | 11/25/20 | K | A | |
| 1179. | | | | | Sold (part) | 12/01/20 | K | C | |
| 1180. | | | | | Sold | 12/09/20 | J | B | |
| 1181. -Johnson & Johnson | B | Dividend | L | T | Buy | 05/19/20 | J | | |
| 1182. | | | | | Buy (add'l) | 05/20/20 | J | | |
| 1183. | | | | | Buy (add'l) | 05/21/20 | K | | |
| 1184. | | | | | Buy (add'l) | 05/26/20 | J | | |
| 1185. | | | | | Buy (add'l) | 05/27/20 | J | | |
| 1186. | | | | | Buy (add'l) | 06/02/20 | J | | |
| 1187. | | | | | Buy (add'l) | 06/03/20 | J | | |
| 1188. | | | | | Buy (add'l) | 07/10/20 | J | | |
| 1189. -Marriott Intl Class A | | None | | | Buy | 03/04/20 | J | | |
| 1190. | | | | | Buy (add'l) | 03/05/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 01/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1191. | | | | | Buy<br>(add'l) | 03/06/20 | J | | |
| 1192. | | | | | Buy<br>(add'l) | 03/18/20 | J | | |
| 1193. | | | | | Buy<br>(add'l) | 04/15/20 | J | | |
| 1194. | | | | | Buy<br>(add'l) | 04/20/20 | J | | |
| 1195. | | | | | Buy<br>(add'l) | 05/11/20 | J | | |
| 1196. | | | | | Sold | 06/12/20 | K | | |
| 1197. -Proctor & Gamble | A | Dividend | L | T | Buy | 07/09/20 | J | | |
| 1198. | | | | | Buy<br>(add'l) | 07/13/20 | K | | |
| 1199. | | | | | Buy<br>(add'l) | 07/23/20 | K | | |
| 1200. -Qualcomm Inc | A | Dividend | L | T | Buy | 08/19/20 | J | | |
| 1201. | | | | | Buy<br>(add'l) | 08/20/20 | J | | |
| 1202. | | | | | Buy<br>(add'l) | 08/26/20 | J | | |
| 1203. | | | | | Buy<br>(add'l) | 09/03/20 | J | | |
| 1204. | | | | | Buy<br>(add'l) | 09/04/20 | J | | |
| 1205. | | | | | Buy<br>(add'l) | 09/08/20 | J | | |
| 1206. | | | | | Buy<br>(add'l) | 09/23/20 | J | | |
| 1207. | | | | | Buy<br>(add'l) | 10/02/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Stahl, Norman H. | 01/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1208. -Sherman Williams Co | A | Dividend | L | T | Buy | 04/01/20 | J | | |
| 1209. | | | | | Buy (add'l) | 04/16/20 | J | | |
| 1210. | | | | | Buy (add'l) | 06/04/20 | J | | |
| 1211. | | | | | Buy (add'l) | 06/05/20 | J | | |
| 1212. | | | | | Buy (add'l) | 06/08/20 | J | | |
| 1213. | | | | | Sold (part) | 06/09/20 | J | A | |
| 1214. | | | | | Buy (add'l) | 06/12/20 | J | | |
| 1215. | | | | | Buy (add'l) | 06/23/20 | J | | |
| 1216. | | | | | Buy (add'l) | 07/01/20 | J | | |
| 1217. | | | | | Sold (part) | 10/28/20 | J | A | |
| 1218. -Starbucks | A | Dividend | | | Buy | 03/06/20 | K | | |
| 1219. | | | | | Buy (add'l) | 03/17/20 | J | | |
| 1220. | | | | | Buy (add'l) | 03/23/20 | J | | |
| 1221. | | | | | Buy (add'l) | 04/29/20 | J | | |
| 1222. | | | | | Buy (add'l) | 06/02/20 | J | | |
| 1223. | | | | | Sold (part) | 07/29/20 | J | A | |
| 1224. | | | | | Sold (part) | 08/17/20 | J | A | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 01/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1225. | | | | | Sold<br>(part) | 08/18/20 | J | A | |
| 1226. | | | | | Sold<br>(part) | 08/20/20 | K | A | |
| 1227. | | | | | Sold | 08/21/20 | K | C | |
| 1228. -Target | A | Dividend | M | T | Buy | 07/20/20 | J | | |
| 1229. | | | | | Buy<br>(add'l) | 07/21/20 | J | | |
| 1230. | | | | | Buy<br>(add'l) | 07/22/20 | J | | |
| 1231. | | | | | Buy<br>(add'l) | 07/23/20 | K | | |
| 1232. | | | | | Buy<br>(add'l) | 09/02/20 | J | | |
| 1233. | | | | | Buy<br>(add'l) | 09/03/20 | J | | |
| 1234. | | | | | Buy<br>(add'l) | 10/06/20 | J | | |
| 1235. | | | | | Sold<br>(part) | 11/23/20 | J | A | |
| 1236. -United Parcel Service Class B | A | Dividend | L | T | Buy | 08/06/20 | J | | |
| 1237. | | | | | Buy<br>(add'l) | 08/20/20 | J | | |
| 1238. | | | | | Buy<br>(add'l) | 08/21/20 | K | | |
| 1239. | | | | | Buy<br>(add'l) | 09/03/20 | J | | |
| 1240. | | | | | Buy<br>(add'l) | 09/24/20 | J | | |
| 1241. | | | | | Buy<br>(add'l) | 10/13/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 01/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1242. | | | | | Buy (add'l) | 10/15/20 | J | | |
| 1243. | | | | | Buy (add'l) | 10/26/20 | J | | |
| 1244. | | | | | | | | | |
| 1245. Trust # 4 (H) | | | | | | | | | |
| 1246. -Cash, Charles Schwab Bank | | | | | | | | | |
| 1247. -Pittsfield Mass Rfdg St 5%, Due 03/01/2020 | A | Interest | | | Matured | 03/01/20 | J | | |
| 1248. -Massachusetts Bay Transn Auth 5% Due 07/01/2022 | A | Interest | K | T | | | | | |
| 1249. - Nebraska St Public Powr Dist 5% Due 01/01/2025 | A | Interest | K | T | | | | | |
| 1250. -Marshfield MA Muni Purpose Bond 5% Due 11/01/2024 | A | Interest | K | T | | | | | |
| 1251. -Althens, AL 5% Due 02/01/2023 | A | Interest | K | T | | | | | |
| 1252. -TX Southmost CLG 5% Due 02/15/2025 | A | Interest | K | T | | | | | |
| 1253. -Peabody, MA 4% Due 7/15/21 | A | Interest | K | T | | | | | |
| 1254. -Georgetown, MA 4% Due 5/1/20 | A | Interest | | | Matured | 05/01/20 | J | | |
| 1255. -MA ST FED HWY 5% Due 6/15/26 | A | Interest | K | T | | | | | |
| 1256. -MA ST SCH BLDG AUTH 5% Due 8/15/29 | A | Interest | K | T | | | | | |
| 1257. -Boston MA 4% Due 03/01/27 | A | Interest | K | T | | | | | |
| 1258. -Billerica Mass 5% Due 2/1/24 | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 01/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1259. -FL St B/E Lottery 5% Due 7/1/24 | A | Interest | K | T | | | | | |
| 1260. -IN Mun Pwr Supps RE 5% Due 1/1/28 | A | Interest | K | T | | | | | |
| 1261. -Barnstable MA 4% Due 2/15/25 | A | Interest | K | T | | | | | |
| 1262. -Marlborough MA 4% Due 6/15/25 | A | Interest | K | T | | | | | |
| 1263. -MA ST Trans FD 4% Due 6/1/28 | A | Interest | | | Sold | 10/01/20 | J | A | |
| 1264. -MA ST Wtr Res Auth 5% Due 8/1/27 | A | Interest | K | T | | | | | |
| 1265. -WI St Hlth Ed FA 5% Due 8/15/30 | A | Interest | K | T | | | | | |
| 1266. -Concord MA 5% Due 1/15/27 | A | Interest | K | T | | | | | |
| 1267. -IL St Toll Hwy Auth 5% Due 1/1/27 | A | Interest | K | T | | | | | |
| 1268. -MA Bay Tran Auth 4% Due 7/1/26 | A | Interest | K | T | | | | | |
| 1269. -MA ST 5% Due 7/1/27 | A | Interest | K | T | | | | | |
| 1270. -MA ST 5% Due 8/1/29 | | None | K | T | Buy | 09/30/20 | K | | |
| 1271. -Boston MA 5% Due 11/1/22 | A | Interest | K | T | Buy | 05/05/20 | K | | |
| 1272. -MA ST 5% Due 4/1/22 | A | Interest | K | T | Buy | 03/03/20 | K | | |
| 1273. -MA ST Trans FD 5% Due 6/1/28 | A | Interest | K | T | Buy | 03/02/20 | K | | |
| 1274. | | | | | | | | | |
| 1275. Trust # 5 IRA (H) | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 01/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1276. -Welltower, Inc. | | Dividend | | | Sold<br>(part) | 04/03/20 | J | | |
| 1277. | | | | | Sold | 04/06/20 | J | | |
| 1278. -Altria Group Inc. | | Dividend | J | T | | | | | |
| 1279. -Bank of Montreal | | Dividend | | | Sold<br>(part) | 03/06/20 | J | | |
| 1280. | | | | | Sold<br>(part) | 03/09/20 | J | | |
| 1281. | | | | | Sold | 03/10/20 | J | | |
| 1282. -BCE Inc Com New | A | Dividend | J | T | | | | | |
| 1283. -Lockheed Martin Corp. | A | Dividend | J | T | | | | | |
| 1284. -Merck & Co Inc | A | | J | T | | | | | |
| 1285. -Royal Dutch Shell PLC | A | Dividend | | | Sold<br>(part) | 03/17/20 | J | | |
| 1286. | | | | | Sold | 03/18/20 | J | | |
| 1287. -Chevron | A | Dividend | J | T | | | | | |
| 1288. -Simon Property Group, Inc. | A | Dividend | | | Sold<br>(part) | 03/17/20 | J | | |
| 1289. | | | | | Sold | 03/18/20 | J | | |
| 1290. -Digital Realty Trust, Inc. | A | Dividend | J | T | Sold<br>(part) | 09/14/20 | J | | |
| 1291. -Duke Energy | A | Dividend | J | T | | | | | |
| 1292. -Verizon | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 01/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1293. -Abbvie | A | Dividend | J | T | | | | | |
| 1294. -Caterpillar | A | Dividend | J | T | | | | | |
| 1295. -Cisco Systems | A | Dividend | J | T | | | | | |
| 1296. -Crown Castle Internaional Corp | A | Dividend | J | T | Sold<br>(part) | 09/14/20 | J | | |
| 1297. -IBM | A | Dividend | J | T | | | | | |
| 1298. -CVS Health Corp | A | Dividend | J | T | | | | | |
| 1299. Dominion Energy | A | Dividend | J | T | | | | | |
| 1300. -Gilead Sciences | A | Dividend | J | T | | | | | |
| 1301. -Keycorp New | A | Dividend | J | T | | | | | |
| 1302. -Williams Companies | A | Dividend | | | Sold<br>(part) | 03/17/20 | J | | |
| 1303. | | | | | Sold | 03/18/20 | J | | |
| 1304. -Blackrock, Inc | A | Dividend | J | T | Buy | 03/06/20 | J | | |
| 1305. | | | | | Buy<br>(add'l) | 03/09/20 | J | | |
| 1306. | | | | | Buy<br>(add'l) | 03/10/20 | J | | |
| 1307. | | | | | Buy<br>(add'l) | 03/11/20 | J | | |
| 1308. -General Mills | A | Dividend | | | Buy | 03/17/20 | J | | |
| 1309. | | | | | Buy<br>(add'l) | 09/14/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 01/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1310. | | | | | Sold<br>(part) | 11/10/20 | J | A | |
| 1311. | | | | | Sold | 11/11/20 | J | A | |
| 1312. -Morgan Stanley | A | Dividend | J | T | Buy | 03/18/20 | J | | |
| 1313. -Pepsi Inc | A | Dividend | J | T | Buy | 03/18/20 | J | | |
| 1314. | | | | | Buy<br>(add'l) | 09/14/20 | J | | |
| 1315. -Pfizer Inc | A | Dividend | J | T | Buy | 04/03/20 | J | | |
| 1316. | | | | | Buy<br>(add'l) | 04/06/20 | J | | |
| 1317. | | | | | Buy<br>(add'l) | 09/14/20 | J | | |
| 1318. | | | | | Buy<br>(add'l) | 11/18/20 | J | | |
| 1319. -PNC Financial Svcs Group Inc | A | Dividend | J | T | Buy | 11/10/20 | J | | |
| 1320. | | | | | Buy<br>(add'l) | 11/11/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Stahl, Norman H.** | 01/14/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Norman H. Stahl**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544